IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PEDRO ROSSELLÓ ET AL.,**  *PLAINTIFFS*  VS.  **BROWN & WILLIAMSON ET AL.,**  *DEFENDANTS* | Civil Case Number: **97-1910 (JAF)** |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

**COME NOW** THE NATIONAL ASSOCIATION OF ATTORNEYS GENERAL AND ITS PRESIDENT, THE HON. STEPHEN A. CARTER, by special appearance through the undersigned counsel, and without submitting to the jurisdiction of this Court, hereby respectfully inform:

Defendants National Association of Attorneys General ("NAAG") and Hon. Stephen Carter wish to correct a mistake contained in their Motion to Dismiss Plaintiff Bekenton's Pleading Styled a "Complaint" and the supporting Declaration of Mark E. Greenwold, both filed yesterday, August 3, 2005. Contrary to statements in both the Motion and Declaration, it appears that the office of Attorney General Carter was served with the pleading styled a "Complaint," by mail, on July 22, 2005. Mr. Carter was not served with a summons.

Defendants do not believe that this error affects the substance of their Motion because service of a complaint by mail is not effective service, as argued at p. 10 of the Motion to Dismiss. Defendants regret the error.

**WHEREFORE,** the specially appearing parties move this Honorable Court to **TAKE NOTICE** of the foregoing correction to DKT 249.

**RESPECTFULLY SUBMITTED** this August 4, 2005 in San Juan, Puerto Rico.

**Law Offices Pedro E. Ortiz Álvarez**
P.O. Box 9009, Ponce PR 00732-9009

Tel 787-841-7575 / Fax 787-841-0000
*Special Appearance as Counsel for the National Association of Attorneys General and its President, the Hon. Stephen Carter*

S/  Gina Ismalia Gutiérrez-Gálang
**Gina Ismalia Gutiérrez-Gálang**, #218513
Email:  ismalia@poapr.com

    **I HEREBY CERTIFY** that on August 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Benjamin Acosta, Jr, Salvador Antonetti-Zequeira, Francisco A. Besosa, Heriberto J. Burgos-Perez,  Edgardo Cartagena-Santiago, Jose A. Fuentes-Agostini, William A. Graffam, Manuel A. Guzman-Rodriguez,  Paul H. Hulsey, Juan A. Ramos-Diaz, Hector Reichard-Jr., Vicente Santori-Coll, Francisco M. Troncoso, Richard Schell-Asad, Eric A. Tulla.**

S/  Gina Ismalia Gutiérrez-Gálang