

# NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
750 FIRST STREET NE SUITE 1100
WASHINGTON, D.C. 20002
(202) 326-6056
(202) 349-1935
http://www.naag.org

LYNNE M. ROSS
*Executive Director*

PRESIDENT
WILLIAM H. SORRELL
*Attorney General of Vermont*

PRESIDENT-ELECT
STEPHEN CARTER
*Attorney General of Indiana*

VICE PRESIDENT
THURBERT BAKER
*Attorney General of Georgia*

IMMEDIATE PAST PRESIDENT
BILL LOCKYER
*Attorney General of California*

April 29, 2005

*Via Facsimile and FedEx*

Dennis Edward Bruce, Esq.
Notice Party
Bekenton S.A.
690 Lincoln Road, Suite 303
Miami Beach, Florida 33139

Dear Mr. Bruce:

    This letter is a 30-day notice, pursuant to VII(c)(2) of the Master Settlement Agreement ("MSA") that one or more of the undersigned Settling States may bring an action to enforce the provisions of the MSA against Bekenton S.A. and/or Bekenton USA, Inc. (collectively "Bekenton") arising from the failure of Bekenton to make the payment due under Section IX(c) and IX(i) of the MSA on April 15, 2005.

    Bekenton joined the MSA as a Participating Manufacturer in June, 2003. A fundamental obligation of each Participating Manufacturer under the MSA is to make the various payments required by the Agreement. These payments are calculated by the Independent Auditor pursuant to data provided by each Participating Manufacturer. Pursuant to the Independent Auditor's Notice ID: 157, Bekenton was obligated to make a payment of $7,720,361.75 on or before April 15, 2005 to satisfy its Section IX(c) and IX(i) obligations for Bekenton's 2004 Cigarette sales. Bekenton paid only $198,488.40. Bekenton is in breach of its payment obligation.

    Please be advised that the Attorneys General for the undersigned Settling States are providing the requisite notice under Section VII(c)(2) of the MSA and, if this matter cannot be resolved by agreement, one or more of the undersigned Settling States will bring an action to enforce the provisions of the MSA after thirty days from the date of this notice. We are willing to discuss the means by which this violation of the MSA may be resolved. If you wish to have such a discussion, please contact Mark Greenwold, Chief Counsel, National Association of Attorneys General, at 202-326-6014.

Letter to Dennis Edward Bruce, Esq.
April 29, 2005
Page 2

Cc: Sutton Keany
    Jennifer Healy

Sincerely,

Troy King
Attorney General of Alabama

Terry Goddard
Attorney General of Arizona

Mike Beebe
Attorney General of Arkansas

Bill Lockyer
Attorney General of California

John Suthers
Attorney General of Colorado

Richard Blumenthal
Attorney General of Connecticut

M. Jane Brady
Attorney General of Delaware

Thurbert E. Baker
Attorney General of Georgia

Mark J. Bennett
Attorney General of Hawaii

Lawrence Wasden
Attorney General of Idaho

Letter to Dennis Edward Bruce, Esq.
April 29, 2005
Page 3

*[signature]*
Lisa Madigan
Attorney General of Illinois

*[signature]*
Stephan Carter
Attorney General of Indiana

*[signature]*
Tom Miller
Attorney General of Iowa

*[signature]*
Gregory D. Stumbo
Attorney General of Kentucky

*[signature]*
Charles C. Foti
Attorney General of Louisiana

*[signature]*
G. Steven Rowe
Attorney General of Maine

*[signature]*
J. Joseph Curran Jr.
Attorney General of Maryland

*[signature]*
Tom F. Reilly
Attorney General of Massachusetts

*[signature]*
Michael A. Cox
Attorney General of Michigan

*[signature]*
Jeremiah W. Nixon
Attorney General of Missouri

*[signature]*
Mike McGrath
Attorney General of Montana

*[signature]*
Jon Bruning
Attorney General of Nebraska

*[signature]*
Brian Sandoval
Attorney General of Nevada

*[signature]*
Kelly Ayotte
Attorney General of New Hampshire

Letter to Dennis Edward Bruce, Esq.
April 29, 2005
Page 4

*[signature]*
Eliot Spitzer
Attorney General of New York

*[signature]*
Roy Cooper
Attorney General of North Carolina

*[signature]*
Wayne Stenehjem
Attorney General of North Dakota

*[signature]*
Jim Petro
Attorney General of Ohio

*[signature]*
W.A. Drew Edmondson
Attorney General of Oklahoma

*[signature]*
Hardy Myers
Attorney General of Oregon

*[signature]*
Tom Corbett
Attorney General of Pennsylvania

*[signature]*
Patrick C. Lynch
Attorney General of Rhode Island

*[signature]*
Henry McMaster
Attorney General of South Carolina

*[signature]*
Lawrence E. Long
Attorney General of South Dakota

*[signature]*
Paul Summers
Attorney General of Tennessee

*[signature]*
Mark Shurtleff
Attorney General of Utah

Letter to Dennis Edward Bruce, Esq.
April 29, 2005
Page 5

*[signature]*
William H. Sorrell
Attorney General of Vermont

*[signature]*
Judith W. Jagdmann
Attorney General of Virginia

*[signature]*
Ron McKenna
Attorney General of Washington

*[signature]*
Darrel Vivian McGraw Jr.
Attorney General of West Virginia

*[signature]*
Pat Crank
Attorney General of Wyoming