**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PEDRO ROSSELLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN & WILLIAMSON, et al., <br><br> Defendants | CIVIL CASE NO. 97-1910 (JAF) |

**ORIGINAL PARTICIPATING MANUFACTURERS' MOTION TO ENFORCE THE ARBITRATION PROVISIONS OF THE MASTER SETTLEMENT AGREEMENT**

TO THE HONORABLE COURT:

COME NOW, Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company (the "Original Participating Manufacturers" or "OPMs"),[1] through their undersigned counsel, and respectfully move this Honorable Court to enforce their rights to arbitration under the Master Settlement Agreement ("MSA"), which is part of the Consent Decree and Final Judgment filed in this Court on December 1, 1998. In support of their motion, the OPMs state as follows:

1. In 1997, 52 States and Territories (the "Settling States") initiated litigation — including the above-captioned action brought by Puerto Rico — against the OPMs for the recovery of health-care costs that the Settling States attributed to smoking-related illnesses.

---

[1] The OPMs are Defendants Philip Morris USA, Inc. ("PM USA"), R.J. Reynolds Tobacco Company ("RJR"), and Lorillard Tobacco Company ("Lorillard"). In 2004, Brown & Williamson Tobacco Corporation, which was the fourth OPM, combined with R.J. Reynolds Tobacco Company. Moreover, Philip Morris Incorporated, an OPM, is now known as PM USA.

2. In 1998, the OPMs and the Settling States (including Puerto Rico) entered into the MSA, which released all past and future claims by the Settling States. In exchange for those releases, the OPMs agreed to a variety of marketing restrictions and other obligations and agreed to make substantial annual payments.

3. This Court has retained jurisdiction over this case for the purpose of implementing and enforcing the terms of the MSA. The OPMs bring this Motion pursuant to Section 2 of the Federal Arbitration Act, 9 U.S.C. §§ 2, 3 and 4, and Section XI(c) of the Tobacco Litigation Master Settlement Agreement ("MSA").[2]

4. The Independent Auditor that calculates nationwide annual payments owed by the OPMs refused to apply an adjustment (the "Non-Participating Manufacturer" or "NPM" Adjustment) to the OPMs' payment due April 17, 2006. The OPMs dispute this refusal, Puerto Rico defends it.

5. As explained in detail in the OPMs' memorandum in support filed with this motion, this dispute must be resolved through nationwide arbitration pursuant to Section XI(c) of the MSA. Twenty-two MSA courts across the United States have found this exact dispute arbitrable. Despite the OPMs' request, however, Puerto Rico has refused to proceed with arbitration.

WHEREFORE, the OPMs respectfully request that this Honorable Court order Puerto Rico to arbitrate this dispute pursuant to Section XI(c) of the MSA.

Respectfully submitted.

In San Juan, Puerto Rico this 27th day of October, 2006.

---

[2] Section XI(c) of the MSA expressly incorporates the provisions of the Federal Arbitration Act. The MSA is set out in the Appendix of Exhibits (filed herewith) as Exhibit A.

ss/Salvador Antonetti
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545

*Attorneys for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company*

## OF COUNSEL:

*Attorneys for RJ Reynolds Tobacco Co.*

Douglas G. Smith
Salvatore F. Bianca
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601
Tel: 312-861-2000 / Fax: 312-861-2200

*Attorneys for Lorillard Tobacco Company*

Penny Reid
Idit Froim
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8000 / Fax: 212-310-8007

*Attorneys for Philip Morris USA Inc.*

James D. Mathias
Alexander Shaknes
Brett Ingerman
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212-335-4500 / Fax: 212-335-4501

Thomas J. Frederick
Kevin J. Narko
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: 312-558-5600 / Fax: 312-558-5700

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Attorney General for the<br>
Commonwealth of Puerto Rico<br>
Department of Justice<br>
Roberto J. Sánchez Ramos, Esq.<br>
P.O. Box 9020192<br>
San Juan, PR 00902<br>
and

| | |
|---|---|
| Scott C. Linden, Esq.<br>Adam E. Miller, Esq.<br>Michael B. Minton, Esq.<br>William Newbold, Esq.<br>Carl Rowley, Esq.<br>Thompson & Coburn<br>One Mercantile Center<br>St. Louis, MO 63101 | Frederick C. Baker, Esq.<br>J. Anderson Berly, Esq.<br>Jerry Hudson Evans, Esq.<br>W. Michael Gruenloh, Esq.<br>Charles J. Mikhail, Esq.<br>Ronald L. Motley, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd. Suite 400<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| Lee E. Young, Esq.<br>Charles J. Mikhail, Esq.<br>Ness,Motely,Loadholt,<br>Richardson & Poole<br>151 Meeting St. Suite 600<br>PO Box 1137<br>Charleston, SC 29402 | Jose A. Fuentes-Agostini, Esq.<br>Akerman, Senterfitt & Eidson, PA - DC<br>801 Pennsylvania Ave. NW Suite 600<br>Washington, DC 20004 |
| Juan A. Ramos-Diaz, Esq.<br>Ramos Diaz, Acevedo & Gonzalez CSP<br>359 De Diego Ave., Suite 601<br>San Juan, PR 00909-1740 | Paul H. Hulsey<br>Hulsey Litigation Group, L.L.C.<br>Charleston Harbor<br>2 Wharfside 3<br>Charleston, SC 29401 |
| Peter Bellacosa, Esq.<br>Kirkland & Ellis<br>153 E. 53rd Street<br>New York, NY 10022 | Vincent Chang, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |

| | |
|---|---|
| Michael S. Chernis, Esq.<br>Alan Kaufman, Esq.<br>Robert Gaffey, Esq.<br>Kristi L. Midboe Miller, Esq.<br>Jones, Day, Reavis and Pogue<br>599 Lexington Ave.<br>New York, NY 10022 | Andrew T. Frankel, Esq.<br>David M. Moss, Esq.<br>Demetra Frawley, Esq.<br>Kathleen L. Turland, Esq.<br>Mark G. Cunha, Esq.<br>Simpson, Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017-3954 |
| Julie R. Fischer, Esq.<br>Aaron H. Marks, Esq.<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | Douglas W. Davis, Esq.<br>Jack E. McClardy, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Robert F. McDermott, Jr., Esq.<br>Jones, Day, Reavis & Pogue<br>Metropolitan Square<br>1450 G. Street, NW<br>Washington, DC 20005 | Robert R. Merhige, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Marie V. Santacroce, Esq.<br>Kasowitz, Benson, Torres & Friedman,LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | |

In San Juan, Puerto Rico this 27th day of October, 2006.

ss/Salvador Antonetti
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545