## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN & WILLIAMSON, et al., <br><br> Defendants | CIVIL CASE NO. 97-1910 (JAF) |

### ORIGINAL PARTICIPATING MANUFACTURERS' MOTION MANUALLY FILING EXHIBITS IN EXCESS OF 50 PAGES PURSUANT TO LOCAL RULE 7.1(f)

TO THE HONORABLE COURT:

COME NOW, Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company (the "Original Participating Manufacturers" or "OPMs"), through their undersigned counsel, and in support of their *Memorandum To Enforce The Arbitration Provisions Of The Master Settlement Agreement*, filed on this same date, simultaneously files the documents in hard-copy form, pursuant to Local Rule 7.1(f), which requires that exhibits in excess of fifty (50) pages be filed manually, bound on the left side and include separately identified and tabbed exhibits, and an index. The OPMs are also providing digital copies on CD-Roms for the Court's convenience.

Respectfully submitted.

In San Juan, Puerto Rico this 27th day of October, 2006.

ss/Salvador Antonetti
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)

~1~

P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545

*Attorneys for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company*

**OF COUNSEL:**

*Attorneys for RJ Reynolds Tobacco Co.*
Douglas G. Smith
Salvatore F. Bianca
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601
Tel: 312-861-2000 / Fax: 312-861-2200

*Attorneys for Lorillard Tobacco Company*
Penny Reid
Idit Froim
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8000 / Fax: 212-310-8007

*Attorneys for Philip Morris USA Inc.*
James D. Mathias
Alexander Shaknes
Brett Ingerman
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212-335-4500 / Fax: 212-335-4501

Thomas J. Frederick
Kevin J. Narko
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: 312-558-5600 / Fax: 312-558-5700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Attorney General for the Commonwealth of Puerto Rico
Department of Justice
Roberto J. Sánchez Ramos, Esq.
P.O. Box 9020192
San Juan, PR 00902
and

| | |
|---|---|
| Scott C. Linden, Esq.<br>Adam E. Miller, Esq.<br>Michael B. Minton, Esq.<br>William Newbold, Esq.<br>Carl Rowley, Esq.<br>Thompson & Coburn<br>One Mercantile Center<br>St. Louis, MO 63101 | Frederick C. Baker, Esq.<br>J. Anderson Berly, Esq.<br>Jerry Hudson Evans, Esq.<br>W. Michael Gruenloh, Esq.<br>Charles J. Mikhail, Esq.<br>Ronald L. Motley, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd. Suite 400<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| Lee E. Young, Esq.<br>Charles J. Mikhail, Esq.<br>Ness,Motely,Loadholt,<br>Richardson & Poole<br>151 Meeting St. Suite 600<br>PO Box 1137<br>Charleston, SC 29402 | Jose A. Fuentes-Agostini, Esq.<br>Akerman, Senterfitt & Eidson, PA - DC<br>801 Pennsylvania Ave. NW Suite 600<br>Washington, DC 20004 |
| Juan A. Ramos-Diaz, Esq.<br>Ramos Diaz, Acevedo & Gonzalez CSP<br>359 De Diego Ave., Suite 601<br>San Juan, PR 00909-1740 | Paul H. Hulsey<br>Hulsey Litigation Group, L.L.C.<br>Charleston Harbor<br>2 Wharfside 3<br>Charleston, SC 29401 |
| Peter Bellacosa, Esq.<br>Kirkland & Ellis<br>153 E. 53rd Street<br>New York, NY 10022 | Vincent Chang, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |

| | |
|---|---|
| Michael S. Chernis, Esq.<br>Alan Kaufman, Esq.<br>Robert Gaffey, Esq.<br>Kristi L. Midboe Miller, Esq.<br>Jones, Day, Reavis and Pogue<br>599 Lexington Ave.<br>New York, NY 10022 | Andrew T. Frankel, Esq.<br>David M. Moss, Esq.<br>Demetra Frawley, Esq.<br>Kathleen L. Turland, Esq.<br>Mark G. Cunha, Esq.<br>Simpson, Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017-3954 |
| Julie R. Fischer, Esq.<br>Aaron H. Marks, Esq.<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | Douglas W. Davis, Esq.<br>Jack E. McClardv, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Robert F. McDermott, Jr., Esq.<br>Jones, Day, Reavis & Pogue<br>Metropolitan Square<br>1450 G. Street, NW<br>Washington, DC 20005 | Robert R. Merhige, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Marie V. Santacroce, Esq.<br>Kasowitz, Benson, Torres & Friedman,LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | |

In San Juan, Puerto Rico this 27th day of October, 2006.

                                                ss/Salvador Antonetti
                                                Fiddler, González & Rodríguez, PSC
                                                Salvador Antonetti-Zequeira (113910)
                                                P.O. Box 363507
                                                San Juan, PR 00936-3507
                                                E-mail: santonet@fgrlaw.com
                                                Tel: 787-759-3207 / Fax: 787-250-7545