## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BROWN & WILLIAMSON, et al.,<br><br>        Defendants | **CIVIL CASE NO. 97-1910 (JAF)** |

### NOTICE OF APPEARANCE ON BEHALF OF CERTAIN SUBSEQUENT PARTICIPATING MANUFACTURERS

TO THE HONORABLE COURT:

    COMES NOW Subsequent Participating Manufacturers Liggett Group LLC, Commonwealth Brands, Inc., Compania Industrial de Tabacos Monte-Paz, S.A., Daughters & Ryan, Inc., Farmers Tobacco Company of Cynthiana, Inc., House of Prince A/S, Japan Tobacco International U.S.A., Inc., King Maker Marketing, Inc., Kretek International, Inc., Liberty Brands, LLC, Peter Stokkebye Tobaksfabrik A/S, P.T. Djarum, Santa Fe Natural Tobacco Company, Inc., Sherman's 1400 Broadway N.Y.C., Inc., Top Tobacco, L.P., Vibo Corporation d/b/a General Tobacco, Virginia Carolina Corporation, Inc., and Von Eicken Group (collectively, the "Joining SPMs") and respectfully inform the Court of the following:

    1.    The undersigned counsel hereby serves notice that he represents the Joining SPMs and hereby enters an appearance on their behalf.

    2.    In view thereof, it is respectfully requested that the Honorable Court, the Clerk's Office, and Plaintiff's counsel note the foregoing and that any document filed in this case, including orders, notifications, minutes or other correspondence be served to the undersigned attorney as follows:

                                     Russell A. Del Toro
                                  DEL TORO & SANTANA

Plaza Scotiabank, 6th Floor
273 Ponce de Leon Avenue
San Juan, Puerto Rico 00917-1902
Tel: 787-754-8700
Fax: 787-756-6677

E-mail: rdeltoro@dtslaw.com

WHEREFORE, in view of the herein stated, it is respectfully requested from this Honorable Court to note the undersigned counsel's entry of appearance on behalf of the Joining SPMs and that any document filed in this case, including orders, notifications, minutes or other correspondence be served to the undersigned attorney at the address indicated above.

RESPECTFULLY SUBMITTED.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Benjamin Acosta, Jr., Salvador Antonetti, Francisco A. Besosa, Heriberto J. Burgos-Perez, Edgardo Cartagena Santingo, Jose A. Fuentes-Agostini, William A. Graffam, Gina Ismalia Gutierrez-Galang, Manuel A. Guzman Rodriquez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Richard Schell Asad and Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Roberto J. Sanchez Ramos
Office of the Attorney General
Department of Justice
P.O. Box 9020192
San Juan, PR  00902

Scott C. Linden
Adam E. Miller
Michael B. Minton
William Newbold
Carl Rowley
Thompson & Coburn
One Mercantile Center

St. Louis, MO 63101

Lee E. Young
Charles J. Mikhail
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting St., Suite 600
PO Box
Charleston, SC 29402

Peter Bellacosa
Kirkland & Ellis
153 E. 53rd Street
New York, NY 10022

Frederick C. Baker
J. Anderson Berly
Jerry Hudson Evans
W. Michael Gruenloh
Charles J. Mikhail
Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd. Suite 400
PO Box 1792
Mount Pleasant, SC 29465

Vincent Chang
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael S. Chernis
Alan Kaufman
Robery Gaffey
Kristi L. Midbow Miller
Jones Day, Reavis & Pogue
599 Lexington Ave.
New York, NY 10022

Julie R. Fischer
Aaron H. Marks
Marie V. Santacroce
Kasowitz, Benson, Torres & Friedman, LLP
1301 Avenue of the Americas
New York, NY 10019

Robert F. McDermott, Jr.

Jones, Day, Reavis & Pogue
Metropolitan Square
1450 G Street, NW
Washington, DC  20005

Andrew T. Frankel
David M. Moss
Demetra Frawley
Kathleen L. Turland
Mark G. Cunha
Simpson, Thacher & Bartlett
425 Lexington Ave.
New York, NY  10017

Douglas W. Davis
Jack E. McClardy
Robert R. Merhige
Hunton & Williams
Riverfront Plaza East Tower
951 East Byrd St.
Richmond, VA  23219

## OPMs

### Lorillard

Ronald S. Milstein, Vice President, General Counsel & Secretary
Brian McGinn
Lorillard Tobacco Company
714 Green Valley Road
Greensboro, NC 27404-0529
336-335-7707 (fax)
rmilstein@lortobco.com
bmcginn@lortobco.com

Penny P. Reid
Idit Froim
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153-0119
212-310-8007 (fax)

### Philip Morris

Denise Keane
Philip Morris USA Inc.
6601 West Broad Street
Richmond, VA 23230
917-663-5473 (fax)
denise.keane@pmusa.com

Meyer G. Koplow
Jeff Wintner
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-2224 (fax)
mgkoplow@wlrk.com
jmwinter@wlrk.com

Thomas J. Frederick  
Kevin J. Narko  
Luke A. Palese  
Winston & Strawn, LLP  
35 W. Wacker Drive  
Chicago, IL 60601-9703  
tfrederick@winston.com  
Knarko@winston.com  
lpalese@winston.com  

Charles Wayne  
DLA Piper Rudnick Gray Cary US LLP  
1200 Nineteenth Street, NW  
Washington, DC 20036  
charles.wayne@dlapiper.com  

**RJ Reynolds**  
Thomas McKim  
R.J. Reynolds Tobacco Company  
401 N. Main Street  
Winston-Salem, NC 27102  
336-741-2998 (fax)  
mckimt@rjrt.com  

R. Dal Burton  
Womble Caryle Sandridge & Rice  
1201 W. Peachtree Street  
Atlanta, GA 30309  
dburton@wscr.com  

James R. Johnson  
Christine L. Buchanan  
Kathrym A. Furfari  
Jones Day  
1420 Peachtree Street, NW, Ste. 800  
Atlanta, GA 30308  
jrjohnson@jonesday.com  
cbuchanan@jonesday.com  
kafurfari@jonesday.com  

Douglas G. Smith  
Salvatore F. Bianca  
Kirkland & Ellis, LLP  
200 East Randolph Dr.  
Chicago, IL 60601  

**SPMs**

**Anderson**  
Martin J. Smolik Jr., President  
Anderson Tobacco Company LLC  
22220 State Highway F  
Kirksville, MO 63501-8002  
jsmolik@andersontobacco.com  

**Bekenton**  
Dennis Edward Bruce  
Bekenton S.A.  
690 Lincoln Road, Suite 303  
Miami Beach, FL 33139  

**Canary Islands Cigar**  
Roberto Fleitas  
Federico Gonzalez de Aledo y Buergo  

Roberto Fleitas  
c/o Canary Island Cigar Co.  

5

Fabrica Record
Barrio Chamberi S/N
Santa Cruz de Tenerife, Canary Islands,
Spain
011-34-922-20-03-61 (fax)
juridico@cititabacos.com

Fleitas & Bujan
782 N.W. Lejeune Road, Suite 530
Miami, FL 33126
305-442-9944 (fax)
attysmiami@aol.com

**Caribbean-American Tobacco**
Roberto Fleitas
c/o Caribbean-American Tobacco
Fleitas & Bujan
782 N.W. Lejeune Road, Suite 530
Miami, FL 33126
305-442-9944 (fax)
attysmiami@aol.com

**Chancellor Tobacco Company, PLC**
Kees van Ettinger, Managing Director
Monika Horvathova, Secretary
1b Alpha Business Park
Whitehouse Road
Ipswich
Suffolk IPI SLT
England
+44-1473-467944 (fax)
info@chancellor-tobacco.com

**Cutting Edge**
William Jay Hunter, Jr.
c/o Cutting Edge
Stoll Kennon & Park, LLP
500 West Jefferson St., Suite 2000
Louisville, KY  40202
502-568-5700 (fax)
william.hunter@skofirm.com

**M/s. Dhanraj International**
Sanjay Patel
M/s. Dhanraj International
11731 Sterling Avenue, Suite F
Riverside, CA 92503
(951) 343-9123 (fax)
dhanrajusa@aol.com

Barry Boren
c/o M/s. Dhanraj International
Law Offices of Barry M. Boren
9350 Financial Center
9350 South Dixie Hwy., Penthouse II
Miami, FL 33156
(305) 670-9672 (fax)
barry@bboren.com

6

**Eastern Company S.A.E.**
Eng. Mohamed Sadek Ragb
Chairman & Managing Director
Eastern Company S.A.E.
450 Ahram Street, Giza
PO Box 1543, Cairo, Egypt
011-202-568-7434
zrashwan@easternegypt.com

**Imperial Tobacco**
Manon Grand-Maitre, Regulatory Counsel
Imperial Tobacco Limited/ITI (USA) Ltd.
3711 Saint-Antoine Street West
Montreal, QC, Canada H4C 3P6
514-938-0335 (fax)
mgrandma@itl.ca

**International Tobacco Group (Las Vegas)**
John S. Chen, General Manager
International Tobacco Group (Las Vegas)
6340 S. Sandhill Road, Suite 8
Las Vegas, NV 89120
702-898-6226 (fax)
inttobacco@yahoo.com

**Konci G&D Management Group**
Dominic Chu, President
Konci G&D Management Group (USA) Inc.
100 Lafayette St, Suite 800
New York, NY 10013-4400
646-613-8989 (fax)
dominicchu@gdgroupinc.com

**Mac Baren Tobacco**
Per Buch, Director
Mac Baren Tobacco Company A/S
Porthusvej 100
DK-5700 Svendborg, Denmark
011-45-63-22-53-99 (fax)
per.buch@mac-baren.com

**NASCO Products, Inc.**
Ralph Angiuoli, President

Jennifer (Gus0 Librandi, Executive
Assistant
NASCO Products, Inc.
6220 Hacker's Bend Ct Unit F
Winston Salem, NC 27103-9778
336-778-2600 (fax)
Rangioli2@aol.com
emilyhellard@bellsouth.net

**Pacific Stanford Manufacturing Corporation**
Daisy P. Arce, Counsel
c/o Pacific Stanford Manufacturing
6805 Ayala Avenue
Makati City
1227 Philippines
011-632-845-4893 (fax)
darce@compass.com.ph

**Planta Tabak-manufaktur Gmbh & Co.**
Gerd Wiesenhutter
PLANTA of Berlin
Hagelberger Strasse 52
D-10965, Berlin
011-49-30-786-58-78 (fax)

**Poschl Tabak GmbH**
Dr. Robert Engels, President & CEO
c/o Poschl Tabak Gmbh & Co. KG
Dieselstr. 1, 84144
Geisenhausen b. Lanshut, Germany
011-498-743-971110 (fax)
poeschl@poeschl-tobacco.com

**Premier Manufacturing Incorporated**

| | |
|---|---|
| Mark Dunham, President & CEO | Thomas Veltz |
| Steve Coleman, Vice President | c/o Premier Manufacturing Inc. |
| Premier Manufacturing Inc. | Spencer Fane Britt & Browne, LLP |
| 17998 Chesterfield Airport Rd | 1 N. Brentwood Blvd., Suite 1000 |
| Chesterfield, MO 63005 | St. Louis, MO 63105 |
| 636-537-3359 (fax) | 314-862-4656 (fax) |
| mark@gopremier.com | |
| scoleman@gopremier.com | |

**SEITA**

| | |
|---|---|
| Jean Dominique Comolli, CEO | Delia Spitzer, Counsel |
| Seita | c/o Seita |

8

182-188 Avenue de France
75639 Paris CEDEX 13 France
011-33-1-44-97-62-43 (fax)
jean-dominique.comolli@altadis.com

Proskauer, Rose, Goetz & Mendelsohn
68 Rue du Faubourg Saint-Honore
75008 Paris, France
011-33-15-30-56-005(fax)
dspitzer@proskauer.com

**TABESA**
Juan Carolos Lopez Moreira
Tabacalera Del Este, S.A.
Conecpcion Leyes De Chavez y Calle 4
Parque Industrial Alberto Barrail e Hijos
Asuncion, Paraguay
011-595-981-424-072 (fax)
jlopezm@palermo.com.py

**U.S. Flue-Cured Tobacco Growers, Inc.**
L. Arnold Hamm, President
E. Stephen Daniel, Secretary
U.S. Flue-Cured Tobacco Growers, Inc.
1304 Annapolis Drive
Raleigh, NC 27608
919-821-3691 (fax)
arnoldh3151@ipass.net
sdaniel@ipass.net

**Wind River Tobacco Company, LLC**
Brandson R. Abrams, Managing Member
Wind River Tobacco Company, LLC
P.O. Box 4600
Jackson, WY 83001
307-733-3899 (fax)
abrams52@msn.com

William Jay Hunter, Jr.
c/o Wind River Tobacco Company, LLC
Stoll Kennon & Park, LLP
500 West Jefferson St., Suite 2000
Louisville, KY 40202
502-568-5700 (fax)
william.hunter@skofirm.com

**VIP Tobacco USA, Ltd.**
Assaad Hark
Vip Tobacco USA, Ltd.
763 Kasota Avenue, SE
Minneapolis, MN 55414
612-331-1625 (fax)
ayh@harksco.com

**PWC**
Ryan Harrell
Dana Pappilion
Cyrus Bahrami

PricewaterhouseCoopers
1201 Louisiana Avenue, Suite 2900
Houston, TX 77002
713-356-6000 (fax)
ryan.harrell@us.pwc.com
dana.m.papillion@us.pwc.com
cyrus.bahrami@us.pwc.com

**STMSA**
Richard A. Kohlberger
Chris Athanasia
STMSA
100 West Putnam Avenue
Greenwich, CT  06830
203-661-5613 (fax)
rkohlberger@usthg.com
cathanasia@usthg.com

**NAAG**
Mark Greenwold
NAAG
750 First Street, NE
Washington, DC  20002
202-521-4052 (fax)
mgreenwold@naag.org

At San Juan, Puerto Rico, this 31st day of October, 2006.

    DEL TORO & SANTANA
    **Attorneys for Certain Subsequent Participating Manufacturers**
    Plaza Scotiabank, Suite 610
    273 Ponce de León Ave.
    San Juan, Puerto Rico 00917-1902
    Telephone (787) 754-8700
    Fax (787) 756-6677
    E-mail: rdeltoro@dtslaw.com

    /S/ RUSSELL DEL TORO
    RUSSELL DEL TORO
    USDCPR 121302