UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN & WILLIAMSON, et al., <br><br> Defendants | CIVIL CASE NO. 97-1910 (JAF) |

NOTICE OF APPEARANCE ON BEHALF OF CERTAIN
SUBSEQUENT PARTICIPATING MANUFACTURERS

TO THE HONORABLE COURT:

COMES NOW Subsequent Participating Manufacturers Liggett Group LLC, Commonwealth Brands, Inc., Compania Industrial de Tabacos Monte-Paz, S.A., Daughters & Ryan, Inc., Farmers Tobacco Company of Cynthiana, Inc., House of Prince A/S, Japan Tobacco International U.S.A., Inc., King Maker Marketing, Inc., Kretek International, Inc., Liberty Brands, LLC, Peter Stokkebye Tobaksfabrik A/S, P.T. Djarum, Santa Fe Natural Tobacco Company, Inc., Sherman's 1400 Broadway N.Y.C., Inc., Top Tobacco, L.P., Vibo Corporation d/b/a General Tobacco, Virginia Carolina Corporation, Inc., and Von Eicken Group (collectively, the "Joining SPMs") and respectfully inform the Court of the following:

1. The undersigned counsel hereby serves notice that he represents the Joining SPMs and hereby enters an appearance on their behalf.

2. In view thereof, it is respectfully requested that the Honorable Court, the Clerk's Office, and Plaintiff's counsel note the foregoing and that any document filed in this case, including orders, notifications, minutes or other correspondence be served to the undersigned attorney as follows:

Russell A. Del Toro
DEL TORO & SANTANA

Plaza Scotiabank, 6th Floor
273 Ponce de Leon Avenue
San Juan, Puerto Rico 00917-1902
Tel: 787-754-8700
Fax: 787-756-6677

E-mail: rdeltoro@dtslaw.com

WHEREFORE, in view of the herein stated, it is respectfully requested from this Honorable Court to note the undersigned counsel's entry of appearance on behalf of the Joining SPMs and that any document filed in this case, including orders, notifications, minutes or other correspondence be served to the undersigned attorney at the address indicated above.

Dated: October 31, 2006

RESPECTFULLY SUBMITTED.

s/ Russell A. Del Toro
Bar Number 121302
DEL TORO & SANTANA
Plaza Scotiabank, 6th Floor
273 Ponce de Leon Avenue
San Juan, Puerto Rico 00917-1902
Tel: 787-754-8700
Fax: 787-756-6677
E-mail: rdeltoro@dtslaw.com