UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BROWN & WILLIAMSON, et al.,<br><br>　　　　　Defendants | CIVIL CASE NO. 97-1910 (JAF) |

NOTICE OF APPEARANCE ON BEHALF OF CERTAIN
SUBSEQUENT PARTICIPATING MANUFACTURERS

TO THE HONORABLE COURT:

COMES NOW Subsequent Participating Manufacturers Liggett Group LLC, Commonwealth Brands, Inc., Compania Industrial de Tabacos Monte-Paz, S.A., Daughters & Ryan, Inc., Farmers Tobacco Company of Cynthiana, Inc., House of Prince A/S, Japan Tobacco International U.S.A., Inc., King Maker Marketing, Inc., Kretek International, Inc., Liberty Brands, LLC, Peter Stokkebye Tobaksfabrik A/S, P.T. Djarum, Santa Fe Natural Tobacco Company, Inc., Sherman's 1400 Broadway N.Y.C., Inc., Top Tobacco, L.P., Vibo Corporation d/b/a General Tobacco, Virginia Carolina Corporation, Inc., and Von Eicken Group (collectively, the "Joining SPMs") and respectfully inform the Court of the following:

　　　　1.　　The undersigned counsel hereby serves notice that he represents the Joining SPMs and hereby enters an appearance on their behalf.

　　　　2.　　In view thereof, it is respectfully requested that the Honorable Court, the Clerk's Office, and Plaintiff's counsel note the foregoing and that any document filed in this case, including orders, notifications, minutes or other correspondence be served to the undersigned attorney as follows:

　　　　　　　　　　Russell A. Del Toro
　　　　　　　　　　DEL TORO & SANTANA

Plaza Scotiabank, 6th Floor
273 Ponce de Leon Avenue
San Juan, Puerto Rico 00917-1902
Tel: 787-754-8700
Fax: 787-756-6677

E-mail: rdeltoro@dtslaw.com

WHEREFORE, in view of the herein stated, it is respectfully requested from this Honorable Court to note the undersigned counsel's entry of appearance on behalf of the Joining SPMs and that any document filed in this case, including orders, notifications, minutes or other correspondence be served to the undersigned attorney at the address indicated above.

Dated: October 31, 2006

RESPECTFULLY SUBMITTED.

s/ Russell A. Del Toro
Bar Number 121302
DEL TORO & SANTANA
Plaza Scotiabank, 6th Floor
273 Ponce de Leon Avenue
San Juan, Puerto Rico 00917-1902
Tel: 787-754-8700
Fax: 787-756-6677
E-mail: rdeltoro@dtslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Benjamin Acosta, Jr., Salvador Antonetti, Francisco A. Besosa, Heriberto J. Burgos-Perez, Edgardo Cartagena Santingo, Jose A. Fuentes-Agostini, William A. Graffam, Gina Ismalia Gutierrez-Galang, Manuel A. Guzman Rodriquez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Richard Schell Asad and Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Adam E. Miller
Michael B. Minton
William Newbold
Carl L. Rowley
Thompson & Coburn
One Mercantile Center
St. Louis, MO  63101

Lee E. Young
Charles J. Mikhail
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting St., Suite 600
PO Box
Charleston, SC  29402

Frederick C. Baker
J. Anderson Berly
Jerry Hudson Evans
W. Michael Gruenloh
Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd. Suite 400
PO Box 1792
Mount Pleasant, SC 29465

Peter Bellacosa
Kirkland & Ellis

153 E. 53rd Street
New York, NY 10022

Vincent Chang
Daniel Kolb
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan Kaufman
Robery Gaffey
Kristi L. Midbow Miller
Jones Day, Reavis & Pogue
599 Lexington Ave.
New York, NY  10022

Robert F. McDermott, Jr.
Jones, Day, Reavis & Pogue
Metropolitan Square
1450 G Street, NW
Washington, DC  20005

Julie R. Fischer
Aaron H. Marks
Kasowitz, Benson, Torres & Friedman, LLP
1301 Avenue of the Americas
New York, NY  10019

Andrew T. Frankel
David M. Moss
Demetra Frawley
Kathleen L. Turland
Mark G. Cunha
Simpson, Thacher & Bartlett
425 Lexington Ave.
New York, NY  10017

Douglas W. Davis
Jack E. McClard
Robert R. Merhige
Hunton & Williams
Riverfront Plaza East Tower
951 East Byrd St.
Richmond, VA  23219

At San Juan, Puerto Rico, this 31st day of October, 2006.

        DEL TORO & SANTANA
        *Attorneys for Certain Subsequent Participating Manufacturers*
        Plaza Scotiabank, Suite 610
        273 Ponce de León Ave.
        San Juan, Puerto Rico 00917-1902
        Telephone (787) 754-8700
        Fax (787) 756-6677
        E-mail: rdeltoro@dtslaw.com

        /S/ RUSSELL A. DEL TORO
        RUSSELL DEL TORO
        USDCPR 121302