**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PEDRO ROSSELLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN & WILLIAMSON, et al., <br><br> Defendants | CIVIL CASE NO.  97-1910 (JAF) |

**NOTICE OF APPEARANCE ON BEHALF OF THE OPMS**

TO THE HONORABLE COURT:

COME NOW, Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company (the "Original Participating Manufacturers" or "OPMs"), through their undersigned counsel  informs the Court that together with Salvador Antonetti-Zequeira, the undersigned counsel, Ghia M. Pieraldi-Vassallo, will be representing the OPMs in this action. This information is provided to ensure that the undersigned, too, shall be served copies of all docketed filings, orders, etc. by e-mail through the CM/ECF system.

Respectfully submitted.

In San Juan, Puerto Rico this 8th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　 */ss/ Ghia M. Pieraldi-Vassallo*
　　　　　　　　　　　　　　　　　　　　Ghia M. Pieraldi-Vassallo (223913)
　　　　　　　　　　　　　　　　　　　　Fiddler, González & Rodríguez, PSC
　　　　　　　　　　　　　　　　　　　　P.O. Box 363507
　　　　　　　　　　　　　　　　　　　　San Juan, PR 00936-3507
　　　　　　　　　　　　　　　　　　　　E-mail: gpieraldi@fgrlaw.com
　　　　　　　　　　　　　　　　　　　　Tel: 787-759-3151 / Fax: 787-759-3123

*Attorneys for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company*

**OF COUNSEL:**

| *Attorneys for RJ Reynolds Tobacco Co.* | *Attorneys for Philip Morris USA Inc.* |
|---|---|
| Douglas G. Smith | James D. Mathias |
| Salvatore F. Bianca | Alexander Shaknes |
| Kirkland & Ellis LLP | Brett Ingerman |
| Aon Center | DLA Piper |
| 200 East Randolph Drive | 1251 Avenue of the Americas |
| Chicago, IL 60601 | New York, NY 10020-1104 |
| Tel: 312-861-2000 / Fax: 312-861-2200 | Tel: 212-335-4500 / Fax: 212-335-4501 |
| | |
| *Attorneys for Lorillard Tobacco Company* | Thomas J. Frederick |
| Penny Reid | Kevin J. Narko |
| Idit Froim | Winston & Strawn LLP |
| Weil Gotshal & Manges | 35 West Wacker Drive |
| 767 Fifth Avenue | Chicago, IL 60601 |
| New York, NY 10153 | Tel: 312-558-5600 / Fax: 312-558-5700 |
| Tel: 212-310-8000 / Fax: 212-310-8007 | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Attorney General for the Commonwealth of Puerto Rico
Department of Justice
Roberto J. Sánchez Ramos, Esq.
P.O. Box 9020192
San Juan, PR 00902
and

| | |
|---|---|
| Scott C. Linden, Esq.<br>Adam E. Miller, Esq.<br>Michael B. Minton, Esq.<br>William Newbold, Esq.<br>Carl Rowley, Esq.<br>Thompson & Coburn<br>One Mercantile Center<br>St. Louis, MO 63101 | Frederick C. Baker, Esq.<br>J. Anderson Berly, Esq.<br>Jerry Hudson Evans, Esq.<br>W. Michael Gruenloh, Esq.<br>Charles J. Mikhail, Esq.<br>Ronald L. Motley, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd. Suite 400<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| Lee E. Young, Esq.<br>Charles J. Mikhail, Esq.<br>Ness,Motely,Loadholt,<br>Richardson & Poole<br>151 Meeting St. Suite 600<br>PO Box 1137<br>Charleston, SC 29402 | Jose A. Fuentes-Agostini, Esq.<br>Akerman, Senterfitt & Eidson, PA - DC<br>801 Pennsylvania Ave. NW Suite 600<br>Washington, DC 20004 |
| Juan A. Ramos-Diaz, Esq.<br>Ramos Diaz, Acevedo & Gonzalez CSP<br>359 De Diego Ave., Suite 601<br>San Juan, PR 00909-1740 | Paul H. Hulsey<br>Hulsey Litigation Group, L.L.C.<br>Charleston Harbor<br>2 Wharfside 3<br>Charleston, SC 29401 |
| Peter Bellacosa, Esq.<br>Kirkland & Ellis<br>153 E. 53rd Street<br>New York, NY 10022 | Vincent Chang, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |

| | |
|---|---|
| Michael S. Chernis, Esq.<br>Alan Kaufman, Esq.<br>Robert Gaffey, Esq.<br>Kristi L. Midboe Miller, Esq.<br>Jones, Day, Reavis and Pogue<br>599 Lexington Ave.<br>New York, NY 10022 | Andrew T. Frankel, Esq.<br>David M. Moss, Esq.<br>Demetra Frawley, Esq.<br>Kathleen L. Turland, Esq.<br>Mark G. Cunha, Esq.<br>Simpson, Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017-3954 |
| Julie R. Fischer, Esq.<br>Aaron H. Marks, Esq.<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | Douglas W. Davis, Esq.<br>Jack E. McClardv, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Robert F. McDermott, Jr., Esq.<br>Jones, Day, Reavis & Pogue<br>Metropolitan Square<br>1450 G. Street, NW<br>Washington, DC 20005 | Robert R. Merhige, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Marie V. Santacroce, Esq.<br>Kasowitz, Benson, Torres & Friedman,LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | |

In San Juan, Puerto Rico this 8th day of November, 2006.

                                                */ss/ Ghia M. Pieraldi-Vassallo*
                                                Ghia M. Pieraldi-Vassallo (223913)
                                                Fiddler, González & Rodríguez, PSC
                                                P.O. Box 363507
                                                San Juan, PR 00936-3507
                                                E-mail: gpieraldi@fgrlaw.com