UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al., | |
| Plaintiffs, | CIVIL CASE NO. 97-1910 (JAF) |
| v. | |
| BROWN & WILLIAMSON, et al., | |
| Defendants | |

MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
AND REQUEST FOR EXTENSION

TO THE HONORABLE COURT:

COME NOW Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company (the "OPMs"), through their undersigned counsel, to make the following request:

On October 27th, 2006, the OPMs filed a motion and memorandum of law to enforce the arbitration provisions of the Master Settlement Agreement. (Docket Nos. 262 and 263.) On November 3rd, 2006, Plaintiff, the Commonwealth of Puerto Rico ("the Commonwealth") filed a motion requesting an extension of time to respond. (Docket No. 269.) Plaintiff has timely filed its response (Docket No. 272); however, the Commonwealth has made several assertions in its opposition that the OPMs feel must be clarified and request leave of the Court to file a brief memorandum in reply.

Pursuant to Rule 7(c) of the Local Rules, the OPMs reply would be due on December 18th, 2006. The OPMs will need an extension of time in which to satisfactorily and concisely address the issues. Because the requested extension of time includes the upcoming holidays, the OPMs request an extension of time to expire on January 8th, 2007.

The Office of the Attorney General has consented to the extension.

WHEREFORE, the Original Participating Manufacturers respectfully request leave to file a reply to the Commonwealth's *Motion in Opposition to Motion to Enforce the Arbitration Provisions of the Master Settlement Agreement*. (Docket No. 272.) The OPMs also request an extension of time, to expire on January 8th, 2007 to file their reply.

Respectfully submitted.

In San Juan, Puerto Rico this 11th day of December, 2006.

        *ss/Salvador Antonetti*
        Fiddler, González & Rodríguez, PSC
        Salvador Antonetti-Zequeira (113910)
        P.O. Box 363507
        San Juan, PR 00936-3507
        E-mail: santonet@fgrlaw.com
        Tel: 787-759-3207 / Fax: 787-250-7545

        *Attorneys for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company*

**OF COUNSEL:**

*Attorneys for RJ Reynolds Tobacco Co.*
Douglas G. Smith
Salvatore F. Bianca
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601
Tel: 312-861-2000 / Fax: 312-861-2200

*Attorneys for Lorillard Tobacco Company*
Penny Reid
Idit Froim
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Attorneys for Philip Morris USA Inc.*
James D. Mathias
Alexander Shaknes
Brett Ingerman
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212-335-4500 / Fax: 212-335-4501

Thomas J. Frederick
Kevin J. Narko
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: 312-558-5600 / Fax: 312-558-5700

Tel: 212-310-8000 / Fax: 212-310-8007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Attorney General for the Commonwealth of Puerto Rico, Department of Justice, Roberto J. Sánchez Ramos, Secretary of Justice, with Jose G. Diaz Tejera and Lavy Aparicio Lopez; Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Scott C. Linden
Adam E. Miller
Michael B. Minton
William Newbold
Carl Rowley
Thompson & Coburn
One Mercantile Center
St. Louis, MO 63101

Frederick C. Baker
J. Anderson Berly
Jerry Hudson Evans
W. Michael Gruenloh
Charles J. Mikhail
Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd. Suite 400
P.O. Box 1792
Mount Pleasant, SC 29465

Lee E. Young
Charles J. Mikhail
Ness, Motely, Loadholt,
Richardson & Poole
151 Meeting St. Suite 600
PO Box 1137
Charleston, SC 29402

Jose A. Fuentes-Agostini
Akerman, Senterfitt & Eidson, PA - DC
801 Pennsylvania Ave. NW Suite 600
Washington, DC 20004

Juan A. Ramos-Diaz
Ramos Diaz, Acevedo & Gonzalez CSP
359 De Diego Ave., Suite 601
San Juan, PR 00909-1740

Paul H. Hulsey
Hulsey Litigation Group, L.L.C.
Charleston Harbor
2 Wharfside 3
Charleston, SC 29401

Peter Bellacosa
Kirkland & Ellis
153 E. 53rd Street
New York, NY 10022

Vincent Chang
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael S. Chernis
Alan Kaufman
Robert Gaffey
Kristi L. Midboe Miller
Jones, Day, Reavis and Pogue
599 Lexington Ave.
New York, NY 10022

Julie R. Fischer
Aaron H. Marks
Kasowitz, Benson, Torres & Friedman, LLP
1301 Avenue of the Americas
New York, NY 10019 6022

Robert F. McDermott, Jr.
Jones, Day, Reavis & Pogue
Metropolitan Square
1450 G. Street, NW
Washington, DC 20005

Marie V. Santacroce
Kasowitz, Benson, Torres & Friedman, LLP
1301 Avenue of the Americas
New York, NY 10019 6022

Andrew T. Frankel
David M. Moss
Demetra Frawley
Kathleen L. Turland
Mark G. Cunha
Simpson, Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017-3954

Douglas W. Davis
Jack E. McClardy
Hunton & Williams
Riverfront Plaza East Tower
951 East Byrd St.
Richmond, VA 23219 4074

Robert R. Merhige
Hunton & Williams
Riverfront Plaza East Tower
951 East Byrd St.
Richmond, VA 23219 4074

In San Juan, Puerto Rico this 11th day of December, 2006.

ss/Salvador Antonetti
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545