UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PEDRO ROSSELLO, et al.,

        Plaintiffs,

v.

BROWN & WILLIAMSON, et al.,

        Defendants

CIVIL CASE NO. 97-1910 (JAF)

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE OF THOMAS J. FREDERICK

TO THE HONORABLE COURT:

Comes now, Thomas J. Frederick, applicant, and respectfully states and prays as follows:

1. Applicant is an attorney and a member of the law firm of Winston & Strawn LLP, with his office at:

| | |
|---|---|
| Address: | 35 West Wacker Drive |
| | Chicago, Illinois 60601 |
| Email: | tfrederick@winston.com |
| Telephone No.: | 312-558-5983 |
| Fax No.: | 312-558-5700 |

2. Applicant has been retained personally and as a member of the above-named firm by Defendant Philip Morris USA Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

3. Applicant is a member of good standing of the bar of the highest court of Illinois, where applicant regularly practices law.

4. Applicant has also been admitted to practice before the following courts:

| Courts | Admission Date |
|---|---|
| Illinois | 1984 |
| U.S. District Court, Northern District | 1984 |
| U.S. Court of Appeals, Seventh Circuit | 1989 |
| U.S. Supreme Court | 1993 |

5. Applicant is a member in good standing of the bars of the courts listed in ¶ 4.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction and no complaint for unethical conduct, disciplinary proceeding or criminal charges are pending before any court or jurisdiction.

7. The following member of the bar of this Court will act as local counsel for the undersigned:

| | |
|---|---|
| Firm Name: | Fiddler, González & Rodríguez, PSC |
| Name: | Salvador Antonetti-Zequeira |
| USDC-PR Bar No.: | 113910 |
| Address: | P.O. Box 363507 |
| | San Juan, PR 00936-3507 |
| Email: | santonet@fgrlaw.com |
| Telephone No.: | 787-759-3207 |
| Fax No.: | 787-250-7545 |

8. Applicant has read the local rules of this court and will comply with same.

9. Payment of pro have vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: December 13, 2006

THOMAS J. FREDERICK
Printed Name of Applicant

_____
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: 12-19-06

<u>SALVADOR ANTONETTI-ZEQUEIRA</u>
Printed Name of Local Counsel

<u>ss/Salvador Antonetti</u>
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

Thomas J. Frederick

Page 3 of 4
CHI:1831040.1