Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Harris N.A.
70-1558

360060

Date: December 15, 2006

One hundred fifty and 00/100************************************************************************   $   ***150.00***

VOID AFTER 180 DAYS

Clerk of the U.S. District Court

⑊"003600060⑊"  ⑉:071915580⑉:  04⑈⑈450⑈⑈106⑈⑈0⑊"

| Payee: | Clerk of the U.S. District Court | | Check #: | 360060 |
|---|---|---|---|---|
| Vendor ID | 11387 | | Check Date: | Dec 15/06 |
| Memo: | | | | |

| Inv # | Inv Date | G/L Acct / Offc / PC / Dept | Client.Matter | Disb Code/ Acct Desc | Amount | Inv Total |
|---|---|---|---|---|---|---|
| CUSDC121206 | Dec 12/06 | | 004162  57839 | 124  Court Costs and Fees | $150.00 | $150.00 |

Narrative: VENDOR: Clerk of the U.S. District Court; INVOICE#: CUSDC121206; INV DATE: 12/12/2006 Seek Pro hac admission in Puerto Rico for Tom Frederick

Check Amount:    $150.00