FILED
U.S. DISTRICT COURT

2006 DEC 15 P 1: 35

DISTRICT OF UTAH

BY:_____
  DEPUTY CLERK

BRENT V. MANNING
MANNING CURTIS BRADSHAW & BEDNAR LLC
Third Floor Newhouse Building
10 Exchange Place
Salt Lake City, Utah 84111
Telephone:   (801) 363-5678
*Attorneys for Defendants*
  *R.J. Reynolds Tobacco Company*
  *Lorillard Tobacco Company*

ALAN L. SULLIVAN
SNELL & WILMER LLP
Gateway Tower West
15 West South Temple, Suite 1200
Salt Lake City, UT  84101
Telephone:   (801) 257-1900
*Attorneys for Defendant*
  *Philip Morris USA, Inc.*

JOHN P. ASHTON
VanCott Bagley Cornwall & McCarthy
50 South Main Street, Suite 1600
Salt Lake City, UT  84114-0450
Telephone:   (801) 532-3333
*Attorneys for Certain Subsequent Participating Manufacturers*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE STATE OF UTAH, *ex rel.* MARK L. SHURTLEFF, in his capacity as ATTORNEY GENERAL OF THE STATE OF UTAH,<br><br>Plaintiff,<br><br>- vs -<br><br>R.J. REYNOLDS TOBACCO COMPANY, *et al.*,<br><br>Defendants. | **ORDER GRANTING PARTICIPATING MANUFACTURERS' MOTION TO COMPEL ARBITRATION AND TO DENY OR, IN THE ALTERNATIVE, STAY ALL PROCEEDINGS ON THE STATE'S MOTION TO ENFORCE THE MSA**<br><br>Case No. 2:96-CV-0829<br><br>Judge Dee V. Benson |

The Court, having reviewed and considered the parties' written and oral arguments, grants Defendant Original Participating Manufacturers' Motion to Compel Arbitration and to

Deny or, in the Alternative, Stay all Proceedings on the State's Motion to Enforce the MSA and certain Subsequent Participating Manufacturers' Joinder in that Motion. As the Court explained at the close of the December 8, 2006 hearing on the motion, arbitration of the parties' dispute concerning the 2003 NPM Adjustment, including the issue of the State's diligent enforcement, is required by the plain and unambiguous language of the Tobacco Master Settlement Agreement's arbitration clause, MSA § XI(c). Therefore, pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, the parties' dispute concerning the 2003 NPM Adjustment is hereby stayed in this Court until such arbitration has been had in accordance with the terms of the MSA.

DATED this 15th day of Dec., 2006.

BY THE COURT:

_____
Honorable Dee V. Benson

**Approved as to Form:**

STATE OF UTAH
MARK L. SHURTLEFF
Utah Attorney General

_____
Raymond A. Hintze
~~Jerrold S. Jensen~~
Katharine H. Kinsman
Attorneys for Plaintiff

2