UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN & WILLIAMSON, et al., <br><br> Defendants | CIVIL CASE NO. 97-1910 (JAF) |

JOINT MOTION REQUESTING ORAL ARGUMENT
PURSUANT TO LOCAL RULE 7(g)

TO THE HONORABLE COURT:

COME NOW Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company (the "OPMs"), through their undersigned counsel, and and Liggett Group LLC, Commonwealth Brands, Inc., Compania Industrial de Tabacos Monte-Paz, S.A., Daughters & Ryan, Inc., Farmers Tobacco Company of Cynthiana, Inc., House of Prince A/S, Japan Tobacco International U.S.A., Inc., King Maker Marketing, Inc., Kretek International, Inc., Liberty Brands, LLC, Peter Stokkebye Tobaksfabrik A/S, P.T. Djarum, Santa Fe Natural Tobacco Company, Inc., Sherman's 1400 Broadway N.Y.C., Inc., Top Tobacco, L.P., Vibo Corporation d/b/a General Tobacco, Virginia Carolina Corporation, Inc., and Von Eicken Group (collectively, the "Joining SPMs"), through their undersigned counsel, and respectfully request that this Honorable Court, in its discretion, schedule oral argument on the OPMs motion to compel arbitration, the SPMs' joinder, and the plaintiffs' opposition and the OPMs' and SPMs' replies (Docket Nos. 262, 268, 272, 282 and 283, respectively).The appearing parties believe that oral argument would be of assistance to the Court in deciding the pending motion.

Respectfully submitted.

In San Juan, Puerto Rico this 10th day of January, 2007.

    <u>ss/Salvador Antonetti</u>
    Fiddler, González & Rodríguez, PSC
    Salvador Antonetti-Zequeira (113910)
    P.O. Box 363507
    San Juan, PR 00936-3507
    E-mail: santonet@fgrlaw.com
    Tel: 787-759-3207 / Fax: 787-250-7545

    *Attorneys for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company*

    <u>s/ Russell A. Del Toro</u>
    DEL TORO & SANTANA
    Russell A. Del Toro (121302)
    Plaza Scotiabank, 6th Floor
    273 Ponce de Leon Avenue
    San Juan, Puerto Rico 00917-1902
    Tel: 787-754-8700 / Fax: 787-756-6677
    E-mail: rdeltoro@dtslaw.com

    *Attorneys for Certain Subsequent Participating Manufacturers:*

    *Commonwealth Brands, Inc.*
    *Compania Industrial de Tabacos Monte Paz, SA*
    *Daughters & Ryan, Inc.*
    *Farmers Tobacco Co. of Cynthiana, Inc.*
    *House of Prince A/S*
    *Japan Tobacco International U.S.A., Inc.*
    *King Maker Marketing, Inc.*
    *Kretek International, Inc.*
    *Liberty Brands, LLC*
    *Liggett Group LLC*
    *Peter Stokkebye International A/S*
    *P.T. Djarum*
    *Santa Fe Natural Tobacco Company, Inc.*

*Sherman's 1400 Broadway, N.Y.C., Inc.*
*Top Tobacco, L.P.*
*Vibo Corporation d/b/a General Tobacco*
*Virginia Carolina Corporation, Inc.*
*Von Eicken Group*

**OF COUNSEL:**

*Attorneys for RJ Reynolds Tobacco Co.*
Douglas G. Smith
Salvatore F. Bianca
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601
Tel: 312-861-2000 / Fax: 312-861-2200

*Attorneys for Lorillard Tobacco Company*
Penny Reid
Idit Froim
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8000 / Fax: 212-310-8007

*Attorneys for Philip Morris USA Inc.*
James D. Mathias
Alexander Shaknes
Brett Ingerman
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212-335-4500 / Fax: 212-335-4501

Thomas J. Frederick
Kevin J. Narko
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: 312-558-5600 / Fax: 312-558-5700

*Attorneys for Certain Subsequent Participating Manufacturers:*

Robert J. Brookhiser
Elizabeth B. McCallum
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel. 202-783-0800 / Fax. 202-383-6610

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Attorney General for the Commonwealth of Puerto Rico, Department of Justice, Roberto J. Sánchez Ramos, Secretary of Justice, with Jose G. Diaz Tejera and Lavy Aparicio Lopez; Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

| | |
|---|---|
| Scott C. Linden | Frederick C. Baker |
| Adam E. Miller | J. Anderson Berly |
| Michael B. Minton | Jerry Hudson Evans |
| William Newbold | W. Michael Gruenloh |
| Carl Rowley | Charles J. Mikhail |
| Thompson & Coburn | Ronald L. Motley |
| One Mercantile Center | Ness, Motley, Loadholt, Richardson & Poole |
| St. Louis, MO 63101 | 28 Bridgeside Blvd. Suite 400 |
| | P.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | |
| Lee E. Young | Jose A. Fuentes-Agostini |
| Charles J. Mikhail | Akerman, Senterfitt & Eidson, PA - DC |
| Ness,Motely,Loadholt, | 801 Pennsylvania Ave. NW Suite 600 |
| Richardson & Poole | Washington, DC 20004 |
| 151 Meeting St. Suite 600 | |
| PO Box 1137 | |
| Charleston, SC 29402 | |
| | |
| Juan A. Ramos-Diaz | Paul H. Hulsey |
| Ramos Diaz, Acevedo & Gonzalez CSP | Hulsey Litigation Group, L.L.C. |
| 359 De Diego Ave., Suite 601 | Charleston Harbor |
| San Juan, PR 00909-1740 | 2 Wharfside 3 |
| | Charleston, SC 29401 |

| | |
|---|---|
| Peter Bellacosa<br>Kirkland & Ellis<br>153 E. 53rd Street<br>New York, NY 10022 | Vincent Chang<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Michael S. Chernis<br>Alan Kaufman<br>Robert Gaffey<br>Kristi L. Midboe Miller<br>Jones, Day, Reavis and Pogue<br>599 Lexington Ave.<br>New York, NY 10022 | Andrew T. Frankel<br>David M. Moss<br>Demetra Frawley<br>Kathleen L. Turland<br>Mark G. Cunha<br>Simpson, Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017-3954 |
| Julie R. Fischer<br>Aaron H. Marks<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | Douglas W. Davis<br>Jack E. McClardy<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Robert F. McDermott, Jr.<br>Jones, Day, Reavis & Pogue<br>Metropolitan Square<br>1450 G. Street, NW<br>Washington, DC 20005 | Robert R. Merhige<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |
| Marie V. Santacroce<br>Kasowitz, Benson, Torres & Friedman,LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | |

In San Juan, Puerto Rico this 10th day of January, 2007.

ss/Salvador Antonetti
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545