IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PEDRO ROSELLO,** et. al.<br><br>Plaintiff<br><br>V.<br><br>**BROWN & WILLIAMSON,** et. al.<br><br>Defendants. | **CIVIL NO. 97-1910 (JAF)** |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiff, Commonwealth of Puerto Rico, through the undersigned attorney who appears on its behalf, and very respectfully avers and prays as follows:

The Commonwealth of Puerto Rico has not being notified by e-mail any documents filed in this case. It appears that even though the undersigned has made some filings, the undersigned's e-mail has not been added to the ECF Filing System/e-mail list for this case. Although we have been receiving the documents filed by other parties through the mail, we receive them at least a week after they have been filed.

Therefore the undersigned very respectfully request that our e-mail, that is, laaparicio@justicia.gobierno.pr, be included in the ECF Filing System list for this case.

**WHEREFORE,** the Commonwealth of Puerto Rico very respectfully request from this Honorable Court to take notice of the above and include the Commonwealth of Puerto Rico's in the e-mail list for this case.

**I HEREBY CERTIFY** that on this 17th day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification to the attorneys of record.

**RESPECTFULLY SUBMMITED** in San Juan, Puerto Rico this 17th day of January 2007.

**ROBERTO J. SANCHEZ RAMOS**
Secretary of Justice

S/*José Díaz Tejera*
**JOSE G. DIAZ TEJERA**
Office of Monopolistic Affairs
USDC–PR Bar No. 216714
E-mail: jdiaz@justicia.gobierno.pr

S/*Lavy Aparicio Lopez*
**LAVY APARICIO LOPEZ**
Attorney at Law
USDC–PR Bar No. 219503

**Department of Justice of the Commonwealth of Puerto Rico**
P. O. Box 902192
San Juan, P.R. 00902–0192
Tel. (787) 474-3374/3375
Fax No.: (787) 474-3379
E–Mail: laaparicio@justicia.gobierno.pr