UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PEDRO ROSSELLO, et al.,

        Plaintiffs,

v.

BROWN & WILLIAMSON, et al.,

        Defendants

CIVIL CASE NO. 97-1910 (JAF)

**THE OPMS' SUBMISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO ENFORCE THE ARBITRATION PROVISIONS OF THE MSA**

TO THE HONORABLE COURT:

    COME NOW Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company (the "OPMs"), through their undersigned counsel, and respectfully submit seven more decisions supporting their "Motion to Enforce the Arbitration Provisions of the Master Settlement Agreement." (Docket Nos. 262, 263.) With these decisions, offered as supplemental authority, 35 out of 36 MSA courts have now held that the MSA's plain and unambiguous language compels arbitration of the parties' dispute:

    1.    *Wyoming v. Philip Morris USA Inc.*, No. 26718 (WY D.C. 1/18/2007). (Exhibit 1.)

    2.    *Maryland v. Philip Morris, Inc.*, No. 96122017/CL211487 (MD Cir.Ct. 1/19/2007). (Exhibit 2.)

    3.    *Missouri v. The American Tobacco Co.*, No. 22972-01465 (MO Cir.Ct. 1/22/2007). Exhibit 3.)

    4.    *Arizona v. American Tobacco Co.*, No. CV 1996-014769 (AZ Super.Ct. 1/24/2007) (order stayed until February 23, 2007, to allow State adequate time to file petition for discretionary

review). (Exhibit 4.)

5.     *Oklahoma v. R.J. Reynolds Tobacco Co.*, No. CJ-96-1499 (OK D.C. 1/29/2007). (Exhibit 5.)

6.     *Alaska v. Philip Morris Inc.*, No. 1JU-97-915 CI (AK Super.Ct. 2/5/2007). (Exhibit 6.)

7.     *Indiana v. Philip Morris Tobacco Co.*, No. 49D07-9702-CT-0236 (IN Super.Ct. 2/7/2007). (Exhibit 7.)

Respectfully submitted.

In San Juan, Puerto Rico this 22nd day of February, 2007.

 /s/ *Salvador Antonetti-Zequeira*
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545

*Attorneys for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company*

**OF COUNSEL:**

| *Attorneys for RJ Reynolds Tobacco Co.* | *Attorneys for Philip Morris USA Inc.* |
|---|---|
| Douglas G. Smith | James D. Mathias |
| Salvatore F. Bianca | Alexander Shaknes |

| | |
|---|---|
| Kirkland & Ellis LLP | Brett Ingerman |
| Aon Center | DLA Piper US LLP |
| 200 East Randolph Drive | 1251 Avenue of the Americas |
| Chicago, IL 60601 | New York, NY 10020-1104 |
| Tel: 312-861-2000 / Fax: 312-861-2200 | Tel: 212-335-4500 / Fax: 212-335-4501 |
| | |
| *Attorneys for Lorillard Tobacco Company* | Thomas J. Frederick |
| Penny Reid | Kevin J. Narko |
| Idit Froim | Winston & Strawn LLP |
| Weil Gotshal & Manges | 35 West Wacker Drive |
| 767 Fifth Avenue | Chicago, IL 60601 |
| New York, NY 10153 | Tel: 312-558-5600 / Fax: 312-558-5700 |
| Tel: 212-310-8000 / Fax: 212-310-8007 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Attorney General for the
Commonwealth of Puerto Rico
Department of Justice
Roberto J. Sánchez Ramos, Esq.
P.O. Box 9020192
San Juan, PR 00902
and

| | |
|---|---|
| Scott C. Linden, Esq. | Frederick C. Baker, Esq. |
| Adam E. Miller, Esq. | J. Anderson Berly, Esq. |
| Michael B. Minton, Esq. | Jerry Hudson Evans, Esq. |
| William Newbold, Esq. | W. Michael Gruenloh, Esq. |
| Carl Rowley, Esq. | Charles J. Mikhail, Esq. |
| Thompson & Coburn | Ronald L. Motley, Esq. |
| One Mercantile Center | Ness, Motley, Loadholt, Richardson & Poole |
| St. Louis, MO 63101 | 28 Bridgeside Blvd. Suite 400 |
| | P.O. Box 1792 |
| | Mount Pleasant, SC 29465 |

3

Lee E. Young, Esq.
Charles J. Mikhail, Esq.
Ness, Motely, Loadholt, Richardson & Poole
151 Meeting St. Suite 600
PO Box 1137
Charleston, SC 29402

Juan A. Ramos-Diaz, Esq.
Ramos Diaz, Acevedo & Gonzalez CSP
359 De Diego Ave., Suite 601
San Juan, PR 00909-1740

Peter Bellacosa, Esq.
Kirkland & Ellis
153 E. 53rd Street
New York, NY 10022

Michael S. Chernis, Esq.
Alan Kaufman, Esq.
Robert Gaffey, Esq.
Kristi L. Midboe Miller, Esq.
Jones, Day, Reavis and Pogue
599 Lexington Ave.
New York, NY 10022

Julie R. Fischer, Esq.
Aaron H. Marks, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1301 Avenue of the Americas
New York, NY 10019 6022

Robert F. McDermott, Jr., Esq.
Jones, Day, Reavis & Pogue
Metropolitan Square
1450 G. Street, NW
Washington, DC 20005

Jose A. Fuentes-Agostini, Esq.
Akerman, Senterfitt & Eidson, PA - DC
801 Pennsylvania Ave. NW Suite 600
Washington, DC 20004

Paul H. Hulsey
Hulsey Litigation Group, L.L.C.
Charleston Harbor
2 Wharfside 3
Charleston, SC 29401

Vincent Chang, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Andrew T. Frankel, Esq.
David M. Moss, Esq.
Demetra Frawley, Esq.
Kathleen L. Turland, Esq.
Mark G. Cunha, Esq.
Simpson, Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017-3954

Marie V. Santacroce, Esq.
Kasowitz, Benson, Torres & Friedman,LLP
1301 Avenue of the Americas
New York, NY 10019 6022

Robert R. Merhige, Esq.
Hunton & Williams
Riverfront Plaza East Tower
951 East Byrd St.
Richmond, VA 23219 4074

In San Juan, Puerto Rico this 22nd day of February, 2007.

  ss/Salvador Antonetti-Zequeira
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545