| | | |
|---|---|---|
| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
| | ) ss | |
| COUNTY OF ALBANY | ) | SECOND JUDICIAL DISTRICT |

STATE OF WYOMING, ex rel., PATRICK J. CRANK, ATTORNEY GENERAL,

    Plaintiff,

v.

PHILIP MORRIS USA, INC., a Virginia corporation;

R.J. REYNOLDS TOBACCO COMPANY, a New Jersey corporation;

LORILLARD TOBACCO COMPANY, a Delaware corporation;

    Defendants.

Docket No. 26718

## ORDER GRANTING MOTION TO COMPEL ARBITRATION

THIS MATTER having come before the Court on Defendants' Application and Motion to Enforce the Arbitration Provisions of the Master Settlement Agreement (filed October 27, 2006) and the Subsequent Participating Manufacturers' Joinder in the motion (filed October 30, 2006), the Court having received full briefing of this matter and having conducted oral argument on January 3, 2007,

IT IS HEREBY ORDERED that the motion to compel arbitration is granted, for the reasons set forth in the Court's January 8, 2007 Decision Letter (attached hereto). Further proceedings in this Court on the motion are stayed pending completion of the arbitration.

DATED: this 18th day of January, 2007.

    _____
    DISTRICT COURT JUDGE

3654746_1.DOC

CERTIFIED TO BE A FULL TRUE, AND CORRECT COPY

JANICE SEXTON
Clerk of District Court

Deputy