Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
01/26/2007 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 1996-014769                                          01/24/2007


                                                  CLERK OF THE COURT
HONORABLE TIMOTHY J. RYAN                               B. Navarro
                                                        Deputy


STATE OF ARIZONA, et al.                    MICHAEL L PARRISH

v.

AMERICAN TOBACCO CO INC, et al.             PAUL F ECKSTEIN


                                            WILLIAM J MALEDON
                                            REBEKAH W FRANCIS
                                            SANFORD J GERMAINE
                                            HOLLY E LOISEAU
                                            WEIL GOTSHAL & MANGES LLP
                                            1300 EYE ST NW  STE 900
                                            WASHINGTON DC  20005
                                            THOMAS J FREDERICK
                                            WINSTON & STRAWN LLP
                                            35 W WACKER DR
                                            CHICAGO IL  60601
                                            MATTHEW M WAWRZYN
                                            KIRKLAND & ELLIS LLP
                                            200 E RANDOLPH DR
                                            CHICAGO IL  60601
                                            ELIZABETH B MACCALLUM
                                            HOWREY LLP
                                            1299 PENNSYLVANIA AVE  NW
                                            WASHINGTON DC  20004-2402
                                            PENNY P REID
                                            WEIL GOTSHAL & MANGES LLP
                                            767 FIFTH AVE
                                            NEW YORK NY  10153
                                            KENNETH L CHERNOF
                                            HELLER EHRMAN LLP
                                            1717 RHODE ISLAND AVE  NW

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 1996-014769                                              01/24/2007


WASHINGTON DC  20036-3001


**UNDER ADVISEMENT RULING**


The Court has taken Defendants Philip Morris, Inc.'s, R.J. Reynolds Tobacco Company's and Lorillard Tobacco Company's Application and Motion of the Original Participating Manufacturers to Enforce the Arbitration Provisions of the Master Settlement Agreement and Compel Arbitration. The Court has considered the memoranda of the parties filed in connection with the Original Participating Manufacturers' Motion to Compel Arbitration, as well as the oral arguments of counsel. The parties agree that at least a portion of this dispute, *i.e.*, the Auditor's application of the 2003 NPM Adjustment is subject to arbitration. The parties do not agree that the diligent enforcement provisions should likewise be subject to binding arbitration.

The parties also disagree as to the propriety of this Court's consideration of other rulings of other jurisdictions. The Court notes that, at one time, Arizona thought it appropriate to file an amicus brief in New York with the intention of affecting the outcome. By the same token, the Court is not persuaded that its findings should be swayed by the fact that every other jurisdiction, except North Dakota, has compelled arbitration. The Court must be mindful of the reality that the other jurisdictions are dealing with the identical Master Settlement Agreement.

As to the correct interpretation of the factual background of the Master Settlement Agreement and the subsequent dispute leading up to the Manufacturer's Motion to Compel Arbitration, the Court adopts the findings set forth in *Connecticut v. Philip Morris, Inc.* _____A.2d _____, 279 Conn. 785, 788-792, WL2505900 (2006), filed as Exhibit E accompanying the Defendants' motion. This is not done under some theory of *stare decisis*, but with such an excellent recitation of the facts so succinctly stated, there is no reason to reinvent the wheel.

Arizona strongly favors arbitration as a matter of public policy. *Snowberger v. Young*, 24 Ariz. App. 177, 536 P.2d 1069 (1975), Rocz *v. Drexel Burnham Lambert Inc.*, 154 Ariz. 462, 743 P.2d 971 (App. 1987). The enormity of the settlement process, covering the vast number of different jurisdictions expanding beyond the lower forty eight states, likewise suggests arbitration as the appropriate vehicle for dispute resolution.

The terms of Section XI (c) of the Master Settlement Agreement are clear and unambiguous, and the decision to accept the State's presumption of diligent enforcement

Docket Code 019                        Form V000A                        Page 2

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 1996-014769                                        01/24/2007


necessarily affected Independent Auditor's calculation of the NPM adjustment. That, in turn, necessarily makes the dispute before this Court an issue to be arbitrated. For those reasons,

      **IT IS ORDERED** granting the motion in its entirety.

      The parties had intimated that appellate review was likely, regardless of the Court's ruling. Accordingly, on the Court's own motion,

      **IT IS FURTHER ORDERED** staying this matter from proceeding to arbitration until **February 23, 2007**, in order for the parties to have adequate time to consider and/or prepare for special action review.