| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. 49D07-9702-CT-0236 |

STATE OF INDIANA ex rel. )
JEFFREY A. MODISETT, ATTORNEY )
GENERAL OF INDIANA )
)
      Plaintiff, )
)
    v. )
)
PHILIP MORRIS TOBACCO )
COMPANY; R.J. REYNOLDS TOBACCO )
COMPANY; RJR NABISCO HOLDINGS )
CORP.; RJR NABISCO, INC.; THE )
AMERICAN TOBACCO COMPANY; )
LIGGETT & MYERS, INC.; LORILLARD )
TOBACCO COMPANY; UNITED )
STATES TOBACCO COMPANY; )
B.A.T. INDUSTRIES, PLC; )
BRITISH-AMERICAN TOBACCO )
COMPANY, LTD.; HILL & )
KNOWLTON, INC.; THE COUNCIL )
FOR TOBACCO RESEARCH-U.S.A., )
INC.; AND TOBACCO INSTITUTE, INC. )
)
      Defendants.

FILED
FEB 02 2007

## ORDER ON DEFENDANTS' APPLICATION AND MOTION TO ENFORCE THE ARBITRATION PROVISIONS OF THE MASTER SETTLEMENT AGREEMENT AND <u>COMPEL ARBITRATION</u>

This matter has come before the Court on the Motion of Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company (the "Original Participating Manufacturers" or "OPM's") to enforce their rights to arbitration under the Master Settlement Agreement ("MSA"), which was part of the Consent Decree and Final Judgment filed in this matter on December 11, 1998.

(H.I.)

And the Court being duly advised and finding that the OPMs' Enforce the Arbitration Provisions of the Master Settlement Agreement and Compel Arbitration is meritorious and should be granted, it is hereby:

ORDERED, ADJUDGED AND DECREED that the OPM's Motion to Enforce the Arbitration Provisions of the Master Settlement Agreement and Compel Arbitration is hereby granted and Plaintiff is hereby compelled to arbitrate this dispute pursuant to Section XI(c) of the MSA.

_____
Judge, Marion County Superior Court No. 7

FEB 0 7 2007

Dated this _____ day of _____, 2006.

Copies to:

| | | |
|---|---|---|
| David O. Tittle<br>Kandi H. Kidde<br>Rafael A. Sanchez<br>BINGHAM MCHALE LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 | Thomas J. Costakis<br>Greg A. Small<br>KRIEG DEVAULT, LLP<br>One Indiana Square,<br>Suite 2800<br>Indianapolis, IN 46204 | Penny P. Reid<br>Cecilia A. Silver<br>WEIL, GOTSHAL &<br>MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Thomas J. Frederick<br>Kevin J. Narko<br>Luke A. Palese<br>WINSTON & STRAWN<br>35 West Wacker Drive<br>Chicago, IL 60601 | Kenneth L. Chernof<br>Carl S. Nadler<br>Heller Ehrman, LLP<br>1717 Rhode Island Avenue NW<br>Washington DC, 20036 | Andrew R. McGaan<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Frederick W. Crow<br>James H. Young<br>YOUNG & YOUNG<br>128 North Delaware Street<br>Indianapolis, IN 46204 | Lawrence J. Carcare II<br>Deputy Attorney General<br>OFFICE OF ATTORNEY GENERAL<br>Indiana Government Center South<br>402 West Washington Street<br>Indianapolis, IN 46204 | Steve Carter<br>Indiana Attorney General<br>OFFICE OF ATTORNEY GENERAL<br>219 Statehouse<br>Indianapolis, IN 46204 |
| Steve W. Berman<br>HAGENS & BERMAN<br>1301 Fifth Avenue, Suite 2929<br>Seattle, WA 98101 | Edward W. Harris III<br>SOMMER & BARNARD<br>4000 Bank One Tower<br>111 Monument Circle<br>Indianapolis, IN 46244-0363 | John D. Walda<br>BARRETT & McNAGNY<br>215 East Berry Street<br>P. O. Box 2263<br>Fort Wayne, IN 46801-2263 |
| Don Barrett<br>BARRETT LAW OFFICES<br>404 Court Square North<br>P. O. Box 987<br>Lexington, MS 39095 | Mark R. Waterfill<br>LEAGRE & BARNES<br>9100 Keystone Crossing, Suite 800<br>Indianapolis, IN 46240 | Richard Heimann<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111 |

| | | |
|---|---|---|
| William W. Hurst<br>Samuel L. Jacobs<br>MITCHELL HURST JACOBS & DICK<br>152 East Washington Street<br>Indianapolis, IN 46204-3680 | George M. Plews<br>PLEWS SHADLEY RACHER & BRAUN<br>1346 North Delaware Street<br>Indianapolis, IN 46202 | Steven C. Mitchell<br>HAGENS BERMAN & MITCHELL<br>2425 East Camelback Road, Suite 620<br>Phoenix, AZ 85016 |
| James H. Ham, III<br>Ellen Boshkoff<br>BAKER & DANIELS<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1786 | Douglas J. Hill<br>Elizabeth H. Knotts<br>HILL FULWIDER McDOWELL FUNK & MATTHEWS<br>One Indiana Square, Suite 2000<br>Indianapolis, IN 46204-2031 | Gary P. Price<br>Peter S. French<br>LEWIS & KAPPES, P.C.<br>Suite 1700, One American Square<br>Box 82053<br>Indianapolis, IN 46282 |
| James W. Riley<br>RILEY BENNETT & EGLOFF<br>141 E. Washington Street<br>Fourth Floor<br>Indianapolis, IN 46204 | Lee B. McTurnan<br>Jacqueline B. Ponder<br>McTURNAN & TURNER<br>2400 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 | Mark G. Cunha<br>Adam I. Stein<br>SIMPSON THACHER & BARTLETT<br>425 Lexington Avenue<br>New York, NY 10017-3954 |
| Michael C. Lasky<br>DAVIS & GILBERT<br>1740 Broadway<br>New York, NY 10019 | Thomas W. Withrow<br>LOCKE REYNOLDS LLP<br>201 N. Illinois Street #1000<br>P.O. Box44961<br>Indianapolis, IN 46204-0961 | |

1099816