IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN & WILLIAMSON, et al.,<br><br>Defendants. | Civil No. 97-1910 (JAF) |

**MOTION REQUESTING LEAVE OF COURT FOR WITHDRAWAL OF MICHAEL B. MINTON, J. WILLIAM NEWBOLD, CARL L. ROWLEY, ADAM E. MILLER, SCOTT C. LINDEN, AND THOMPSON COBURN LLP AS COUNSEL FOR LOEWS CORPORATION, LORILLARD, INC. AND LORILLARD TOBACCO COMPANY**

TO THE HONORABLE COURT:

Pursuant to Local Rule 83.4(b) the undersigned counsel, on behalf of Loews Corporation, Lorillard, Inc., and Lorillard Tobacco Company, requests leave from the Court to allow the withdrawal of Michael B. Minton, J. William Newbold, Carl L. Rowley, Adam E. Miller, Scott C. Linden, and the law firm of Thomson Coburn LLP as counsel pro hac vice in the above entitled case. Penny Reid and Idit Froim of Weil Gotshall & Manges and Salvador Antonetti-Zequeria of Fiddler, González & Rodríguez, PSC will continue to represent these entities in this matter.

RESPECTFULLY SUBMITTED.

3510251

In San Juan, Puerto Rico this ___ day of February, 2007.

                                         /s/ Michael B. Minton
THOMPSON COBURN LLP
Michael B. Minton
One US Bank Plaza
St. Louis, MO 63101
E-mail: mminton@thompsoncoburn.com
Tel: (314)552-6000
Fax: (314)552-7597

*Attorney for Defendants Lorillard Tobacco Company, Lorillard Inc., and Loews Corporation*

## OF COUNSEL:

*Attorneys for R.J. Reynolds Tobacco Co.*
Douglas G. Smith
Salvatore F. Bianca
KIRKLAND & ELLIS LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601
Tel: (312) 861-2000
Fax: (312) 861-2200

*Attorneys for Lorillard Tobacco Company*
Penny Reid
Idit Froim
WEIL GOTSHAL & MANGES
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Philip Morris USA, Inc.*
James D. Mathias
Alexander Shaknes
Brett Ingerman
DLA PIPER
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

Thomas J. Frederick
Kevin J. Narko
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Certain Subsequent Participating Manufacturers:*
Robert J. Brookhiser
Elizabeth B. McCallum
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Attorney General for the<br>
Commonwealth of Puerto Rico<br>
Department of Justice<br>
Roberto J. Sánchez Ramos, Esq.<br>
P.O. Box 9020192<br>
San Juan, PR 00902<br>
and

| | |
|---|---|
| Andrew T. Frankel, Esq.<br>David M. Moss, Esq.<br>Demetra Frawley, Esq.<br>Kathleen L. Turland, Esq.<br>Mark G. Cunha, Esq.<br>Simpson, Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017-3954 | Frederick C. Baker, Esq.<br>J. Anderson Berly, Esq.<br>Jerry Hudson Evans, Esq.<br>W. Michael Gruenloh, Esq.<br>Charles J. Mikhail, Esq.<br>Ronald L. Motley, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd. Suite 400<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| Lee E. Young, Esq.<br>Charles J. Mikhail, Esq.<br>Ness, Motely, Loadholt, Richardson & Poole<br>151 Meeting St. Suite 600<br>PO Box 1137<br>Charleston, SC 29402 | Jose A. Fuentes-Agostini, Esq.<br>Akerman, Senterfitt & Eidson, PA - DC<br>801 Pennsylvania Ave. NW Suite 600<br>Washington, DC 20004 |
| Juan A. Ramos-Diaz, Esq.<br>Ramos Diaz, Acevedo & Gonzalez CSP<br>359 De Diego Ave., Suite 601<br>San Juan, PR 00909-1740 | Paul H. Hulsey<br>Hulsey Litigation Group, L.L.C.<br>Charleston Harbor<br>2 Wharfside 3<br>Charleston, SC 29401 |

| | |
|---|---|
| Peter Bellacosa, Esq.<br>Kirkland & Ellis<br>153 E. 53rd Street<br>New York, NY 10022 | Vincent Chang, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Michael S. Chernis, Esq.<br>Alan Kaufman, Esq.<br>Robert Gaffey, Esq.<br>Kristi L. Midboe Miller, Esq.<br>Jones, Day, Reavis and Pogue<br>599 Lexington Ave.<br>New York, NY 10022 | Robert F. McDermott, Jr., Esq.<br>Jones, Day, Reavis & Pogue<br>Metropolitan Square<br>1450 G. Street, NW<br>Washington, DC 20005 |
| Julie R. Fischer, Esq.<br>Aaron H. Marks, Esq.<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | Marie V. Santacroce, Esq.<br>Kasowitz, Benson, Torres & Friedman,LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 |
| Robert R. Merhige, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 | |

In San Juan, Puerto Rico this 26th day of February, 2007.

  ss/Salvador Antonetti-Zequeira
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545