EXHIBIT 9

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,
    Petitioner

v.

LORILLARD TOBACCO COMPANY,
PHILIP MORRIS, USA et al.,
    Respondents

No. 298 C.D. 2007

PER CURIAM      O R D E R

    NOW, March 21, 2007, upon consideration of petitioner's Petition for Permission to Appeal the order of the Court of Common Pleas of Philadelphia County, the Petition is DENIED.

**RECEIVED**

MAR 26 2007

**Vernon L. Francis**

Certified from the Record

MAR 2 2 2007

and Order Exit

Vernon L. Francis, Esq.
Dechert, L.L.P.
2929 Arch Street
Philadelphia, PA 19104

10/99                                                                                              cr1231