UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO ROSSELLO, et al., <br><br>           Plaintiffs, <br><br>      v. <br><br> BROWN & WILLIAMSON, et al., <br><br>           Defendants | CIVIL CASE NO. 97-1910 (JAF) |

**DEFENDANT OPMS' FOURTH SUBMISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO ENFORCE THE ARBITRATION PROVISIONS OF THE MSA AND COMPEL ARBITRATION**

TO THE HONORABLE COURT:

COME NOW Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company (the "OPMs"), through their undersigned counsel, and respectfully submit the following appellate court decisions compelling arbitration in support of the OPMs' "Motion to Enforce the Arbitration Provisions of the Master Settlement Agreement and Compel Arbitration." (Docket Nos. 262, 263.)

1. On April 17, 2007, the Delaware Supreme Court affirmed the trial court's order compelling arbitration, holding that the Master Settlement Agreement "compels arbitration to determine the issue of diligent enforcement," and noting that the parties "voluntarily entered into an Agreement with plain language compelling arbitration in matters concerning the operation or application of adjustments based on each jurisdiction's qualifying statute." *Delaware v. Philip Morris, USA, Inc.*, C.A. No. 657,2006, slip op. at 2 (Del. April 17, 2007) (Ex. 1).

2. On April 23, 2007, the Supreme Judicial Court of Massachusetts affirmed the trial court's order dismissing the State's motion and compelling arbitration, holding that "th[e] dispute falls squarely under the arbitration provision of the settlement agreement." *Commonwealth v. Philip Morris Inc.*, 448 Mass. 836, 849 (2007) (Ex. 2).

3. On May 24, 2007, the Arizona Court of Appeals affirmed the trial court's order compelling arbitration, holding that the Arbitration Clause "authorizes arbitration of '[a]ny dispute, controversy or claim arising out of or relating to calculations

performed by, or any determinations made by, the Independent Auditor," including "without limitation, any dispute concerning the operation or application of any of the adjustments . . . described in subsection IX(j)," which in turn "lists the various adjustments," including the NPM Adjustment and the diligent enforcement exemption from that Adjustment. *Arizona v. Philip Morris Inc.*, No. 07-0083, slip op. at 9 (Ariz. Ct. App. May 24, 2007) (Ex. 3).

4. On June 7, 2007, the New York Court of Appeals affirmed the decision of the Appellate Division compelling arbitration, concluding that "[t]he plain language of the MSA compels arbitration," that "[b]y using the expansive words 'any' and 'relating to,' the MSA makes explicit that all claims that have a connection with the Independent Auditor's calculations and determinations are arbitrable," and that because the parties' dispute regarding the NPM Adjustment and subsidiary diligent enforcement issue "constitute claims 'relating to' the Independent Auditor's calculations and determinations," "[t]he arbitration provision . . . . 'expressly and unequivocally encompasses the subject matter of the particular dispute.'" *New York v. Philip Morris Inc.*, No. 72, slip op. at 6-8 (N.Y. June 7, 2007) (Ex. 4).

5. On June 7, 2007, the Michigan Court of Appeals affirmed the trial court's decision compelling arbitration of the parties' dispute regarding the NPM Adjustment, including the diligent enforcement exemption to that Adjustment. The Court found that "[b]ased on the unambiguous language of the Agreement, . . . arbitration of this dispute is plainly required." *Michigan v. Philip Morris USA*, No. 273665, slip op. at 5 (Mich. Ct. App. June 7, 2007) (Ex. 5).

6. On June 7, 2007, the North Dakota Supreme Court reversed the lone decision cited by the State denying arbitration and remanded for entry of an order compelling arbitration. The Court held that "the plain and unambiguous language of the parties' settlement agreement requires arbitration of their dispute over application of the diligent enforcement exemption to the agreement's non-participating manufacturer adjustment." *North Dakota v. Philip Morris Inc.*, Nos. 20060207 & 20060213, slip op. at 1 (N.D. June 7, 2007) (Ex. 6).

With these decisions, which are offered as supplemental authority, all eight appellate courts to consider the issue have held that this dispute must be arbitrated.

Finally, on May 31, 2007, a Louisiana trial court issued an order denying the OPMs motion to compel arbitration. *Foti v. Philip Morris*, No. 1998-6473 (La. Dist. Ct. May 31, 2007) (Ex. 7). It is now the lone decision to do so; courts in 43 of the 44 jurisdictions to consider the issue have held that arbitration of this dispute — including the issue of diligent enforcement — is required by the plain and unambiguous language of the MSA Arbitration Clause.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 14th day of June, 2007.

/s/ *Salvador Antonetti-Zequeira*
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)
P.O. Box 363507
San Juan, PR 00936-3507
E-mail: santonet@fgrlaw.com
Tel: 787-759-3207 / Fax: 787-250-7545

*Attorneys for Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company and Lorillard Tobacco Company*

**OF COUNSEL:**

*Attorneys for RJ Reynolds Tobacco Co.*
Douglas G. Smith
Salvatore F. Bianca
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601
Tel: 312-861-2000 / Fax: 312-861-2200

*Attorneys for Lorillard Tobacco Company*
Penny Reid
Idit Froim
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8000 / Fax: 212-310-8007

*Attorneys for Philip Morris USA Inc.*
James D. Mathias
Alexander Shaknes
Brett Ingerman
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212-335-4500 / Fax: 212-335-4501

Thomas J. Frederick
Kevin J. Narko
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: 312-558-5600 / Fax: 312-558-5700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following: Benjamin Acosta, Jr., Francisco A. Besosa, Edgardo Cartagena Santiago, Jose A. Fuentes Agostini, William A. Graffam, Manuel A. Guzman Rodriguez, Paul H. Hulsey, Juan A. Ramos Diaz,

Hector Reichard Jr., Vicente Santori Coll, Francisco M. Troncoso, Richard Schell Asad, Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Attorney General for the
Commonwealth of Puerto Rico
Department of Justice
Roberto J. Sánchez Ramos, Esq.
P.O. Box 9020192
San Juan, PR 00902
and

Scott C. Linden, Esq.
Adam E. Miller, Esq.
Michael B. Minton, Esq.
William Newbold, Esq.
Carl Rowley, Esq.
Thompson & Coburn
One Mercantile Center
St. Louis, MO 63101

Frederick C. Baker, Esq.
J. Anderson Berly, Esq.
Jerry Hudson Evans, Esq.
W. Michael Gruenloh, Esq.
Charles J. Mikhail, Esq.
Ronald L. Motley, Esq.
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd. Suite 400
P.O. Box 1792
Mount Pleasant, SC 29465

Lee E. Young, Esq.
Charles J. Mikhail, Esq.
Ness, Motely, Loadholt, Richardson & Poole
151 Meeting St. Suite 600
PO Box 1137
Charleston, SC 29402

Jose A. Fuentes-Agostini, Esq.
Akerman, Senterfitt & Eidson, PA - DC
801 Pennsylvania Ave. NW Suite 600
Washington, DC 20004

Juan A. Ramos-Diaz, Esq.
Ramos Diaz, Acevedo & Gonzalez CSP
359 De Diego Ave., Suite 601
San Juan, PR 00909-1740

Paul H. Hulsey
Hulsey Litigation Group, L.L.C.
Charleston Harbor
2 Wharfside 3
Charleston, SC 29401

Peter Bellacosa, Esq.
Kirkland & Ellis
153 E. 53rd Street
New York, NY 10022

Vincent Chang, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

| | |
|---|---|
| Michael S. Chernis, Esq.<br>Alan Kaufman, Esq.<br>Robert Gaffey, Esq.<br>Kristi L. Midboe Miller, Esq.<br>Jones, Day, Reavis and Pogue<br>599 Lexington Ave.<br>New York, NY 10022 | Andrew T. Frankel, Esq.<br>David M. Moss, Esq.<br>Demetra Frawley, Esq.<br>Kathleen L. Turland, Esq.<br>Mark G. Cunha, Esq.<br>Simpson, Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017-3954 |
| Julie R. Fischer, Esq.<br>Aaron H. Marks, Esq.<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 | Marie V. Santacroce, Esq.<br>Kasowitz, Benson, Torres & Friedman,LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 6022 |
| Robert F. McDermott, Jr., Esq.<br>Jones, Day, Reavis & Pogue<br>Metropolitan Square<br>1450 G. Street, NW<br>Washington, DC 20005 | Robert R. Merhige, Esq.<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 4074 |

In San Juan, Puerto Rico this 14th day of June, 2007.

 ss/Salvador Antonetti-Zequeira
Fiddler, González & Rodríguez, PSC
Salvador Antonetti-Zequeira (113910)