**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PEDRO ROSSELLO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BROWN & WILLIAMSON, et al.,<br><br>        Defendants | CIVIL CASE NO. 97-1910 (JAF) |

**AMENDED NOTICE OF APPEARANCE ON BEHALF OF CERTAIN**
**SUBSEQUENT PARTICIPATING MANUFACTURERS**
**AND REGARDING**
**AMENDED LIST OF LEGAL REPRESENTATION OF CERTAIN SPMs**

TO THE HONORABLE COURT:

    COMES NOW Subsequent Participating Manufacturers Liggett Group LLC, Commonwealth Brands, Inc., Compania Industrial de Tabacos Monte-Paz, S.A., Daughters & Ryan, Inc., House of Prince A/S, Japan Tobacco International U.S.A., Inc., King Maker Marketing, Inc., Kretek International, Inc., Liberty Brands, LLC, Peter Stokkebye Tobaksfabrik A/S, P.T. Djarum, Santa Fe Natural Tobacco Company, Inc., Sherman's 1400 Broadway N.Y.C., Inc., Top Tobacco, L.P., Virginia Carolina Corporation, Inc., and Von Eicken Group (collectively, the "Joining SPMs") and respectfully inform the Court of the following:

    1.    The undersigned counsel hereby serves an amended notice that he represents only the above amended list of the Certain Joining SPMs.

    2.    The following prior Joining SPMs, 1) Farmers Tobacco Company of Cynthiana, Inc., and 2) Vibo Corporation d/b/a General Tobacco, have decided to retain separate counsel and requested that the undersigned withdraw their name from the aforementioned list.

    3.    Farmers Tobacco Company of Cynthiana, Inc. and Vibo Corporation d/b/a General Tobacco also informed us that they will be entering a separate notice of appearance and will be represented by Lee Sepulvado, of the law firm of Carrion & Sepulvado, Doral Building

Suite 300, 650 Munoz Rivera Avenue, Hato Rey, Puerto Rico 00918.

4. In view thereof, it is respectfully requested that the Honorable Court, the Clerk's Office, and Plaintiff's counsel note the foregoing.

WHEREFORE, in view of the herein stated, it is respectfully requested from this Honorable Court to note the undersigned counsel's entry of an **amended notice of appearance** only on behalf of the Certain Joining SPMs above listed; to the extent necessary allow our withdrawal of legal representation of the two prior listed SPMs, Farmers Tobacco Company of Cynthiana, Inc. and Vibo Corporation d/b/a General Tobacco; and, note that these have informed us that they will be entering a separate notice of appearance and will be represented by Lee Sepulvado, of the law firm of Carrion & Sepulvado, Doral Building Suite 300, 650 Munoz Rivera Avenue, Hato Rey, Puerto Rico 00918.

RESPECTFULLY SUBMITTED.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Benjamin Acosta, Jr., Salvador Antonetti, Francisco A. Besosa, Heriberto J. Burgos-Perez, Edgardo Cartagena Santingo, Jose A. Fuentes-Agostini, William A. Graffam, Gina Ismalia Gutierrez-Galang, Manuel A. Guzman Rodriquez, Paul H. Hulsey, Juan A. Ramos Diaz, Hector Reichard Jr., Vicente Santori Coll, Richard Schell Asad and Eric A. Tulla. Notice will be served by regular mail to the following non registered attorneys:

Adam E. Miller
Michael B. Minton
William Newbold
Carl L. Rowley
Thompson & Coburn
One Mercantile Center
St. Louis, MO  63101

Lee E. Young
Charles J. Mikhail
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting St., Suite 600
PO Box
Charleston, SC  29402

Frederick C. Baker
J. Anderson Berly
Jerry Hudson Evans
W. Michael Gruenloh
Ronald L. Motley
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd. Suite 400
PO Box 1792
Mount Pleasant, SC 29465

Peter Bellacosa
Kirkland & Ellis
153 E. 53rd Street
New York, NY 10022

Vincent Chang
Daniel Kolb
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan Kaufman
Robery Gaffey
Kristi L. Midbow Miller
Jones Day, Reavis & Pogue
599 Lexington Ave.
New York, NY  10022

Robert F. McDermott, Jr.
Jones, Day, Reavis & Pogue
Metropolitan Square
1450 G Street, NW
Washington, DC  20005

Julie R. Fischer
Aaron H. Marks
Kasowitz, Benson, Torres & Friedman, LLP
1301 Avenue of the Americas
New York, NY  10019

Andrew T. Frankel
David M. Moss
Demetra Frawley
Kathleen L. Turland
Mark G. Cunha
Simpson, Thacher & Bartlett
425 Lexington Ave.
New York, NY  10017

Douglas W. Davis
Jack E. McClard
Robert R. Merhige
Hunton & Williams
Riverfront Plaza East Tower
951 East Byrd St.
Richmond, VA  23219

In San Juan, Puerto Rico, this 27th day of August, 2007.

DEL TORO & SANTANA
*Attorneys for Certain Subsequent Participating Manufacturers*
Plaza Scotiabank, Suite 610
273 Ponce de León Ave.
San Juan, Puerto Rico 00917-1902
Telephone (787) 754-8700
Fax (787) 756-6677
E-mail: rdeltoro@dtslaw.com

/S/ RUSSELL A. DEL TORO
RUSSELL DEL TORO
USDCPR 121302