**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PEDRO ROSELLÓ, et. al.<br><br>Plaintiffs<br><br>vs.<br><br>BROWN & WILLIAMSON, et. al.<br><br>Defendants | CIVIL NO. 97-1910 (JAF) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COME NOW Defendants, Farmers Tobacco Company of Cynthiana, Inc. and Vibo Corporation d/b/a General Tobacco (collectively, Defendants), through the undersigned attorneys and very respectfully state and pray as follows:

1. The law firm of Carrión & Sepulvado, Attorneys at Law was retained to appear in captioned litigation as the counsel of record for Defendants.

2. Appearing counsel respectfully requests that all orders from this Honorable Court, pleadings and correspondence from counsel of record in the captioned proceedings be addressed to:

**Lee Sepulvado Ramos, Esq.**
**Citibank Tower**
**Suite 1202**
**252 Ponce De León Ave.**
**San Juan, PR 00918**

2

WHEREFORE, it is respectfully requested that the Honorable Court allow the undersigned to appear as counsel for Defendants.

RESPECTFULLY SUBMITTED.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to: Benjamín Acosta, Jr., Salvador Antonetti, Francisco A Besosa, Heriberto J. Burgos-Pérez, Edgardo Cartagena Santingo, José A Fuentes-Agostini, William A Graffam, Gina Ismalia Guitierrez-Galang, Manuel A Guzman Rodríguez, Paul H. Husley, Juan A. Ramos Díaz, Hector Reichard, Jr. Vicente Santori Coll, Richard Shell Asad, Eric A Tulla and Russell A. Del Toro.

In San Juan, Puerto Rico, this 17th day of September, 2007.

**S/Lee Sepulvado Ramos, Esq.**
USDC-PR No. 211912
lee_sepulvado@yahoo.com
Counsel for Defendants
Citibank Tower Suite 1202
252 Ponce De León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 765-5656
Fax: (787) 294-0073